**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BB, INC, | |
| Plaintiff, | |
| v. | Case No. 23-cv-02382 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Charles P. Kocoras Magistrate Judge Maria Valdez |
| Defendants. | |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Bala Bangles, Inc., ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Plaintiff's federally registered design patents, copyrights, and trademarks ("Plaintiff's Intellectual Property") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's Intellectual Property. *See* ECF Nos. 6-3 through 6-13, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's Intellectual Property. A list of the Plaintiff's Intellectual Property is included in the below chart.

| DESIGN PATENT | | |
|---|---|---|
| **Patent Number** | **Issue Date** | **Description** |
| US D888,167 | June 23, 2020 | The ornamental design for a weighted exercise band |
| COPYRIGHTS | | |
| **Certificate Number** | **Description** | |
| VA0002253658 | Bala Product Pictures 2017 | |
| VA0002253663 | Bala Product Pictures 2018 | |
| VA0002253781 | Bala Product Pictures 2019 | |
| VA0002253783 | Bala Product Pictures 2020 | |
| TRADEMARK | | | |
| **Registration Number** | **Trademark** | **Type** | **International Class** |
| 5,678,006 | BALA | Word Mark | CLASS 28: Exercise equipment, namely, weighted wrist and ankle bands; Ankle weights; Ankle and wrist weights for exercise; Body-training apparatus; Body-training apparatus for yoga, fitness, exercise; Exercise weight cuffs; Exercise weights; Exercise wrist weights; Leg weights; Leg weights for athletic use; Leg weights for exercising; Physical fitness equipment, namely, weighted wrist and |

| | | | ankle bands; Wrist and ankle weights for exercise |
|---|---|---|---|

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Maximilian Kislevitz in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a.  using the Plaintiff's Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, sale, or importation of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Intellectual Property;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Intellectual Property;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d.  manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks or any reproductions, counterfeit copies, or colorable imitations of any of Plaintiff's Intellectual Property.

2.  Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.  Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay,

ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.   Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively "AliExpress"), Amazon.com, Inc. ("Amazon"), DHgate.com ("DHgate"), eBay, Inc. ("eBay"), Etsy, Inc. ("Etsy"), Shopify, Inc. ("Shopify"), Walmart.com USA, LLC ("Walmart"), ContextLogic Inc. d/b/a Wish.com (Wish), Stripe, Inc. ("Stripe"), Payoneer Global Inc. ("Payoneer") and PayPal, Inc. ("PayPal") (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.   the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.   the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Payoneer, Stripe, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA); and

d. any metatags, metadata, or hashtags used by Defendants when listing their infringing items.

5. Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Intellectual Property.

6. Any Third-Party Providers, as defined in Paragraph 4 shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7.    Plaintiff may provide notice of the proceedings in this case to Defendants, including notice

of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3),

and any future motions, by electronically publishing a link to the Complaint, this Order,

and other relevant documents on a website and by sending an e-mail with a link to said

website to the e-mail addresses provided for Defendants by third parties. The Clerk of the

Court is directed to issue a single original summons in the name of "Hefei Dayu Fitness

Co., Ltd." and all other Defendants identified in the Complaint" that shall apply to all

Defendants. The combination of providing notice via electronic publication and e-mail,

along with any notice that Defendants receive from payment processors, shall constitute

notice reasonably calculated under all circumstances to apprise Defendants of the pendency

of the action and afford them the opportunity to present their objections.

8.    Plaintiff must provide notice to Defendants of any motion for preliminary injunction as

required by Rule 65(a)(1).

9.    Plaintiff's Pleading(s) (ECF No. 7) and Exhibit 1 thereto (ECF No. 7-2), Schedule A to the

Pleading(s) (ECF No. 7-1), the Declaration of Maximilian Kislevitz (ECF No. 6-2) and

Exhibit 1 and 2 thereto (ECF Nos. 6-3 to 6-13, 9), and this Order shall remain sealed until

further order by this Court or until the Order expires, whichever occurs earlier.

10.   Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court

Ten Thousand Dollars ($10,000) either cash or surety bond, as security, which amount has,

in the absence of adversarial testing, been deemed adequate for the payment of such

damages as any person may be entitled to recover as a result of a wrongful restraint

hereunder.

11.    Any Defendants that are subject to this Order may appear and move to dissolve or modify

the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and

the Northern District of Illinois Local Rules. Any third party impacted by this Order may

move for appropriate relief.

12.    This Temporary Restraining Order without notice is entered at 10:00  A.M. on this 20th day

of April 2023 and shall remain in effect for fourteen (14) calendar days. Any motion to

extend this Order must be filed by 5/4/2023.


Charles P. Kocoras
United States District Judge

# SCHEDULE A

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Hefei Dayu Fitness Co., Ltd. | ahdayu | https://ahdayu.en.alibaba.com |
| 2 | Nantong Avec Health Fitness Co., Ltd. | avecfitness | https://avecfitness.en.alibaba.com |
| 3 | Dingzhou Lingxi Sports Goods Sales Co., Ltd. | bdlingxi | https://bdlingxi.en.alibaba.com |
| 4 | Dongguan Bogao Silicone Products Co., Ltd. | bogaosilicone | https://bogaosilicone.en.alibaba.com |
| 5 | Dongguan Charm Star Hoseware&Gift Co., Ltd. | charmstarCN | https://charmstarCN.en.alibaba.com |
| 6 | Yangzhou Hualong Body Protection Supplies Factory | chnhualong | https://chnhualong.en.alibaba.com |
| 7 | Dongguan Shengdao Silicone Rubber Products Co., Ltd. | CNsiliconerubber | https://CNsiliconerubber.en.alibaba.com |
| 8 | Suzhou Zeren New Materials Co., Ltd. | cnszzr | https://cnszzr.en.alibaba.com |
| 9 | Chongqing Rishengchang Sports Goods Co., Ltd. | cqrsc | https://cqrsc.en.alibaba.com |
| 10 | Shenzhen Hanchuan Industrial Co., Ltd. | cszhc | https://cszhc.en.alibaba.com |
| 11 | Changzhou Deluxe Decorative Materials Co., Ltd. | czdeluxe | https://czdeluxe.en.alibaba.com |
| 12 | Dongguan Flysun Sports Co., Ltd. | dgflysun | https://dgflysun.en.alibaba.com |
| 13 | Dongguan Huyue Technology Co., Limited | dghuyue01 | https://dghuyue01.en.alibaba.com |
| 14 | Dongguan Rundian Household Products Co., Ltd. | dgrundian | https://dgrundian.en.alibaba.com |
| 15 | Dongguan Yipin Electronic Technology Co., Ltd. | dgsypkj | https://dgsypkj.en.alibaba.com |
| 16 | Hubei DM Eco-Friendly Material Co., Ltd. | dmhb | https://dmhb.en.alibaba.com |
| 17 | Nantong Duojiu Sporting Goods Co., Ltd. | do9sports | https://do9sports.en.alibaba.com |
| 18 | Yiwu Dockry Trade Co., Ltd. | dockryfitness | https://dockryfitness.en.alibaba.com |
| 19 | Hunan Ecoo Fitness Co., Ltd. | ecoofit | https://ecoofit.en.alibaba.com |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 20 | Shenzhen Kingstar Electronic Commerce Co., Ltd. | ekingstar | https://ekingstar.en.alibaba.com |
| 21 | Yangzhou Feiyali Sporting Goods Co., Ltd. | feali | https://feali.en.alibaba.com |
| 22 | Shanghai Fit-Yoga Sports Co., Ltd. | fit-yoga | https://fit-yoga.en.alibaba.com |
| 23 | Rizhao Sport International Trade Co., Ltd. | fitsport | https://fitsport.en.alibaba.com |
| 24 | Jinhua Feilidon Sports Goods Co., Ltd. | fldtiyu888 | https://fldtiyu888.en.alibaba.com |
| 25 | Jinhua Shengrui Trading Co., Ltd. | flylitte | https://flylitte.en.alibaba.com |
| 26 | Dongguan Feifan Commodity Co., Ltd. | gdfeifan | https://gdfeifan.en.alibaba.com |
| 27 | Nantong Get Power Fitness Equipment Co., Ltd. | getpowerfitness | https://getpowerfitness.en.alibaba.com |
| 28 | Zhaoqing Zhuoxing Silicone Product Co., Ltd. | gyzhuoxing | https://gyzhuoxing.en.alibaba.com |
| 29 | Xiamen Haochu Silicone Rubber Co., Ltd. | haochusilicone | https://haochusilicone.en.alibaba.com |
| 30 | Huizhou Huiyang District Xinxu Hengxin Silica Gel Products Factory | hengxin1688 | https://hengxin1688.en.alibaba.com |
| 31 | HERMES CLUES INDUSTRIES CO., LTD. | hermesclues | https://hermesclues.en.alibaba.com |
| 32 | Guangde Huahan Fitness Equipment Manufacturing Co., Ltd. | hhslamball | https://hhslamball.en.alibaba.com |
| 33 | Huizhou Youmay Medical Equipment Co., Ltd. | hiyoumay | https://hiyoumay.en.alibaba.com |
| 34 | Henan Zlovy Enterprise Co., Ltd. | hnzlovy | https://hnzlovy.en.alibaba.com |
| 35 | Shanghai Hongyu Sports Co., Ltd | hongyusports | https://hongyusports.en.alibaba.com |
| 36 | Hangzhou Huaye Technology Co., Ltd. | huayetechnology | https://huayetechnology.en.alibaba.com |
| 37 | Huizhou Jinke Rubber Co., Ltd. | hzjinke | https://hzjinke.en.alibaba.com |
| 38 | Shenzhen Youmei Electronics Co., Ltd. | iyoumay | https://iyoumay.en.alibaba.com |
| 39 | JACKSON IMPEX | jacksonimpex | https://jacksonimpex.en.alibaba.com |
| 40 | Qingdao Jinbai Precise Metal Co., Ltd. | jinbaiprecise | https://jinbaiprecise.en.alibaba.com |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 41 | Wuyi County Jiankang Protective Products Factory | jkwaisttrainer | https://jkwaisttrainer.en.alibaba.com |
| 42 | Huizhou Jolecon Health Tech. Co., Ltd. | jlc-fit | https://jlc-fit.en.alibaba.com |
| 43 | Shanghai Joan Industrial Co., Ltd. | joan | https://joan.en.alibaba.com |
| 44 | Taizhou JOHA Lifting Protective Equipment Co., Ltd. | joha | https://joha.en.alibaba.com |
| 45 | Hunan Joywayne Import&Export Co | joywayne | https://joywayne.en.alibaba.com |
| 46 | Jvisi (fujian) Environmental Protec | jwcep | https://jwcep.en.alibaba.com |
| 47 | Hebei Kang Sheng Yuan Sports Goods Co., Ltd. | jzksy | https://jzksy.en.alibaba.com |
| 48 | Shanghai Keepeak Industry Co., Ltd. | keepeak02 | https://keepeak02.en.alibaba.com |
| 49 | Nantong Jump Fit Co., Ltd. | kimposport | https://kimposport.en.alibaba.com |
| 50 | Nantong KKnight Fitness Co., Ltd. | kknightfitness | https://kknightfitness.en.alibaba.com |
| 51 | Koomall Technology (shenzhen) Co., Ltd. | koomall | https://koomall.en.alibaba.com |
| 52 | Hangzhou Kushuai Technology Co., Ltd. | kushuai | https://kushuai.en.alibaba.com |
| 53 | Shandong Walker Sports Co., Ltd | lbjsport | https://lbjsport.en.alibaba.com |
| 54 | Zhejing Licheng Industry & Trade Co., Ltd. | lcfitness | https://lcfitness.en.alibaba.com |
| 55 | Shenzhen Linfengrui Industrial Co., Ltd. | lfrfitness | https://lfrfitness.en.alibaba.com |
| 56 | Cixi Linhao Metal Product Co., Ltd. | lhsport | https://lhsport.en.alibaba.com |
| 57 | Dongguan Lihong Handmade Products Co., Ltd. | lihongproducts | https://lihongproducts.en.alibaba.com |
| 58 | Changzhou Longster International Trade Co., Ltd. | longster | https://longster.en.alibaba.com |
| 59 | Shenzhen Lvapor Technology Co., Ltd. | lvapor | https://lvapor.en.alibaba.com |
| 60 | Dongguan Meinuo Crafts Co., Ltd. | meinuocraft | https://meinuocraft.en.alibaba.com |
| 61 | Huizhou Melikey Technology Co., Ltd. | melikey-tec | https://melikey-tec.en.alibaba.com |

11

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 62 | Huizhou Melikey Silicone Product Co., Ltd. | melikeyproduct | https://melikeyproduct.en.alibaba.com |
| 63 | Huizhou Melikey Silicone Product Co., Ltd. | melikeysilicone | https://melikeysilicone.en.alibaba.com |
| 64 | Huizhou City Melors Plastic Products Co., Limited | melors | https://melors.en.alibaba.com |
| 65 | Shijiazhuang Maikete Imp & Exp Trading Co., Ltd. | miket | https://miket.en.alibaba.com |
| 66 | Xi 'an Mu Chunhui Gifts Co., Ltd. | muchunhui | https://muchunhui.en.alibaba.com |
| 67 | Ningbo Mylon Rubber & Plastic Co., Ltd. | mylon | https://mylon.en.alibaba.com |
| 68 | Ningbo Le Monde Import & Export Co., Ltd. | nblemonde | https://nblemonde.en.alibaba.com |
| 69 | Nanjing Wofeng Information Technology Co., Ltd. | njwofeng | https://njwofeng.en.alibaba.com |
| 70 | Nantong Dafei International Trading Co., Ltd. | ntdafei | https://ntdafei.en.alibaba.com |
| 71 | Nantong Kaiwo Fitness Equipment Co., Ltd. | ntkw | https://ntkw.en.alibaba.com |
| 72 | Yongkang Guolin Import And Export Co., Ltd. | otersport | https://otersport.en.alibaba.com |
| 73 | Fuzhou Gulou Oyoga Sporting Goods Co., Ltd. | oyoga | https://oyoga.en.alibaba.com |
| 74 | Danyang Fuli Rubber And Plastic Co., Ltd. | plasticworld | https://plasticworld.en.alibaba.com |
| 75 | Pulaiwei Jewelry (Huizhou) Co., Ltd. | poleviewpack | https://poleviewpack.en.alibaba.com |
| 76 | Shandong Potence Sporting Goods Co., Ltd. | pontens | https://pontens.en.alibaba.com |
| 77 | Qingdao Maikeqi Industrial Trading Co., Ltd. | qdmkqfitness | https://qdmkqfitness.en.alibaba.com |
| 78 | Guangzhou Qido Fitness Equipment Co., Ltd. | qidofit | https://qidofit.en.alibaba.com |
| 79 | Xiamen Quadra Electric Technology Co., Ltd | quadrasilicone | https://quadrasilicone.en.alibaba.com |
| 80 | Changzhou Raising Sports Co., Ltd. | raisingsports | https://raisingsports.en.alibaba.com |
| 81 | Yiwu Real Import & Export Co., Ltd | realfun | https://realfun.en.alibaba.com |
| 82 | Nantong Record Sporting Equipment Co.,ltd. | record-fitness | https://record-fitness.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 83 | Yongkang Ranhong Fitness Equipment Co., Ltd. | rhsports | https://rhsports.en.alibaba.com |
| 84 | Shanghai Richall Industrial Co., Ltd. | richalltech | https://richalltech.en.alibaba.com |
| 85 | Haikou Rihon International Trade Co., Ltd | rihon | https://rihon.en.alibaba.com |
| 86 | Shenzhen Sannyin Technology Co., Ltd. | sannyin | https://sannyin.en.alibaba.com |
| 87 | Zhejiang Licheng Health Technology Co., Ltd. | sdfitness | https://sdfitness.en.alibaba.com |
| 88 | Dongguan Senxin Rubber Products Co., Ltd. | senxinrubber | https://senxinrubber.en.alibaba.com |
| 89 | Sure (Xiamen) Import & Export Co., Ltd. | sureasia | https://sureasia.en.alibaba.com |
| 90 | Shaoxing Lixinda Trade Co., Ltd. | sxleadstar | https://sxleadstar.en.alibaba.com |
| 91 | Shenzhen Newstar Electronic Technology Co., Ltd. | sznewstar | https://sznewstar.en.alibaba.com |
| 92 | Shenzhen Water Stone Technology Co., Ltd. | szss | https://szss.en.alibaba.com |
| 93 | Dongguan Jiawei Sporting Goods Co., Ltd. | sztwowing | https://sztwowing.en.alibaba.com |
| 94 | Yangzhou Timway Sporting Goods Co., Ltd. | timway | https://timway.en.alibaba.com |
| 95 | Tianjin Didao Biotechnology Co., Ltd | tjdidao | https://tjdidao.en.alibaba.com |
| 96 | Tonghengji (Shenzhen) Technology Co., Ltd. | tonghengji | https://tonghengji.en.alibaba.com |
| 97 | Ningbo Trendfrom Imp And Exp Co., Ltd. | trendfrom | https://trendfrom.en.alibaba.com |
| 98 | Jiangsu TT Sports Co., Ltd. | ttsports-group | https://ttsports-group.en.alibaba.com |
| 99 | Nantong Twindragon Fitness Co., Ltd. | twindragonfitness | https://twindragonfitness.en.alibaba.com |
| 100 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. | tytopone | https://tytopone.en.alibaba.com |
| 101 | Guangzhou Umicca Sport Products Co., Ltd. | umicca | https://umicca.en.alibaba.com |
| 102 | Nantong Vigor Sport Goods Co., Ltd. | vigor-sport | https://vigor-sport.en.alibaba.com |
| 103 | Nantong Vigor Sport Goods Co., Ltd. | vigorsporthotlines | https://vigorsporthotlines.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 104 | Hefei Walsefit Sports Products Co., Ltd | walsefit | https://walsefit.en.alibaba.com |
| 105 | Shenzhen Weidun Fitness Equipment Co., Ltd. | weidunjs | https://weidunjs.en.alibaba.com |
| 106 | Suzhou Willmore Sports Co., Ltd. | wmfitness | https://wmfitness.en.alibaba.com |
| 107 | Wuxi Chrt Electronic Technology Co., Ltd. | wuxichrt | https://wuxichrt.en.alibaba.com |
| 108 | Xiamen X Creative Silicone & Rubber Products Co., Ltd. | xcreativerubber | https://xcreativerubber.en.alibaba.com |
| 109 | Shenzhen Xinhaiwang Technology Co., Ltd. | xhwrubber | https://xhwrubber.en.alibaba.com |
| 110 | Xiamen Mingli Industry And Trade Co., Ltd. | xmmlgm | https://xmmlgm.en.alibaba.com |
| 111 | Nantong Avec Health Fitness Company Limited | xtrfitness | https://xtrfitness.en.alibaba.com |
| 112 | Henan Yeway International Trading Co., Ltd. | yewayoga | https://yewayoga.en.alibaba.com |
| 113 | Jinhua Coexistence Import And Export Co., Ltd. | yiwugongcun | https://yiwugongcun.en.alibaba.com |
| 114 | Yiwu Hongmai Sporting Goods Factory | yiwuhongmai | https://yiwuhongmai.en.alibaba.com |
| 115 | Yiwu Senliang Sports Goods Co., Ltd. | yiwuselan | https://yiwuselan.en.alibaba.com |
| 116 | Jinhua Youfei Sports Culture Development Co., Ltd. | youfeisport | https://youfeisport.en.alibaba.com |
| 117 | Shanghai Yunle Industry Co., Ltd. | yunlepet | https://yunlepet.en.alibaba.com |
| 118 | Shenzhen Yuzhoushun Technology Co., Ltd. | yuzhoushunz | https://yuzhoushunz.en.alibaba.com |
| 119 | Yiwu Han An Trading Co., Ltd. | ywhanan | https://ywhanan.en.alibaba.com |
| 120 | Yiwu Xinyu Garment Co., Ltd. | ywxinyugarment | https://ywxinyugarment.en.alibaba.com |
| 121 | Hunan Zechen Fitness Co., Ltd. | zechenfitness | https://zechenfitness.en.alibaba.com |
| 122 | Zhejiang Zhichi Technology Co., Ltd. | zhichifitness | https://zhichifitness.en.alibaba.com |
| 123 | Zichen Great Success Co., Ltd. | zichenrubber1 | https://zichenrubber1.en.alibaba.com |
| 124 | Yiwu Zhanji Import And Export Co., Ltd. | zjfit | https://zjfit.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 125 | Hangzhou Uway Trade Co., Ltd. | zjuway | https://zjuway.en.alibaba.com |
| 126 | Nantong Yiling SPORTS CO., LTD. | zlin-sports | https://zlin-sports.en.alibaba.com |
| 127 | Suzhou Zeming Sporting Goods Co., L | zmsporting | https://zmsporting.en.alibaba.com |
| 128 | Shenzhen Zoho Silicone Products Co., Ltd. | zohosilicone | https://zohosilicone.en.alibaba.com |
| 129 | Jinhua Miaorun Trading Co., Ltd. | zsooq | https://zsooq.en.alibaba.com |
| 130 | Lisan Store | 5889358 | https://www.aliexpress.com/store/5889358 |
| 131 | Embellish Your Workplace Store | 5891678 | https://www.aliexpress.com/store/5891678 |
| 132 | Shop910438050 Store | 910438050 | https://www.aliexpress.com/store/910438050 |
| 133 | Autumn Wind Store | 911042235 | https://www.aliexpress.com/store/911042235 |
| 134 | Shop911109320 Store | 911109320 | https://www.aliexpress.com/store/911109320 |
| 135 | FITYOU FITNESS&OUTDOOR Store | 912340277 | https://www.aliexpress.com/store/912340277 |
| 136 | Shop1100297121 Store | 1100297121 | https://www.aliexpress.com/store/1100297121 |
| 137 | Shop1100331006 Store | 1100331006 | https://www.aliexpress.com/store/1100331006 |
| 138 | Shopping China Store | 1100773053 | https://www.aliexpress.com/store/1100773053 |
| 139 | MAICCA SPORTS Store | 1100849723 | https://www.aliexpress.com/store/1100849723 |
| 140 | Daily Elec-tronic- Store | 1101269017 | https://www.aliexpress.com/store/1101269017 |
| 141 | cnbagsac Store | 1101280120 | https://www.aliexpress.com/store/1101280120 |
| 142 | flylitte Official Store | 1101304699 | https://www.aliexpress.com/store/1101304699 |
| 143 | ZSOOQ Official Store | 1101313947 | https://www.aliexpress.com/store/1101313947 |
| 144 | SportsGirl Store | 1101324504 | https://www.aliexpress.com/store/1101324504 |
| 145 | mosodo Official Store | 1101341725 | https://www.aliexpress.com/store/1101341725 |
| 146 | 209 Shopping Store | 1101373968 | https://www.aliexpress.com/store/1101373968 |
| 147 | Huntingdoors Outdoor Store | 1101383769 | https://www.aliexpress.com/store/1101383769 |
| 148 | 9REEN SPORT Store | 1101404229 | https://www.aliexpress.com/store/1101404229 |
| 149 | Keep Dear Store | 1101405824 | https://www.aliexpress.com/store/1101405824 |
| 150 | Shop911109320 Store | 1101576852 | https://www.aliexpress.com/store/1101576852 |
| 151 | 52 Physical Culture Store | 1101600010 | https://www.aliexpress.com/store/1101600010 |
| 152 | Shop911413588 Store | 1101613304 | https://www.aliexpress.com/store/1101613304 |
| 153 | Moray's Computer Store | 1101670594 | https://www.aliexpress.com/store/1101670594 |
| 154 | mosodo Sport Store | 1101672299 | https://www.aliexpress.com/store/1101672299 |
| 155 | Wearmay Season Store | 1101813603 | https://www.aliexpress.com/store/1101813603 |
| 156 | taojin outdoors Store | 1101846912 | https://www.aliexpress.com/store/1101846912 |
| 157 | Shop912624925 Store | 1101942750 | https://www.aliexpress.com/store/1101942750 |
| 158 | YJ-Block-center Store | 1101987005 | https://www.aliexpress.com/store/1101987005 |
| 159 | Shop1100227202 Store | 1102016288 | https://www.aliexpress.com/store/1102016288 |
| 160 | Shop1102113354 Store | 1102114349 | https://www.aliexpress.com/store/1102114349 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 161 | YIXI outdoor tools Store | 1102137113 | https://www.aliexpress.com/store/1102137113 |
| 162 | M-M Outdoor Store | 1102162127 | https://www.aliexpress.com/store/1102162127 |
| 163 | Dragon Mountain Outdoor Store | 1102292005 | https://www.aliexpress.com/store/1102292005 |
| 164 | Longshan Outdoor Franchise Store | 1102420473 | https://www.aliexpress.com/store/1102420473 |
| 165 | Shop4304019 Store | 1101293162 | https://www.aliexpress.com/store/1101293162 |
| 166 | Callpioneer Direct | A16S2GTCFZHGJR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16S2GTCFZHGJR |
| 167 | TopHTE-UK | A17QY1HFG5044A | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A17QY1HFG5044A |
| 168 | Instellar Direct | A1968E48NJWO2F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1968E48NJWO2F |
| 169 | Aeuywer | A1BSZV4DQB4FV5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BSZV4DQB4FV5 |
| 170 | SJFDKJ | A1CU5CGJDPH5LB | https://www.amazon.co.jp/sp?_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A1CU5CGJDPH5LB |
| 171 | HuZhiMing1 | A1EH5ZL9HYICG8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EH5ZL9HYICG8 |
| 172 | fghdjfgb | A1EWHZCV1VDNO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EWHZCV1VDNO |
| 173 | Hoozad-US | A1GNY9GMVXEJPR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GNY9GMVXEJPR |
| 174 | Lonme | A1H3GG1XX0E0VD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H3GG1XX0E0VD |
| 175 | Aeuyweu | A1I5R2VMZGY1HD | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A1I5R2VMZGY1HD |
| 176 | HongShangFuJie | A1IN642NTPY7EF | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A1IN642NTPY7EF, https://www.amazon.it/sp?_encoding=UTF8&marketplaceID=APJ6JRA9NG5V4&seller=A1IN642NTPY7EF |
| 177 | LOPRGJO-US | A1RXXB9HOC6W7Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RXXB9HOC6W7Z |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 178 | QingRuShui | A1SOVHBM1N3H1 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SOVHBM1N3H1 |
| 179 | ROOFTREE-US | A1T2KZWOPUJ1DZ | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T2KZWOPUJ1DZ |
| 180 | Prexey | A1UDQVA707677M | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UDQVA707677M |
| 181 | Luodanlun | A1UPCF17NW0TU3 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UPCF17NW0TU3 |
| 182 | Wuhone-US | A1UR4UGYFQU9CD | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UR4UGYFQU9CD |
| 183 | Earthily | A1VDUVW4UIMVOJ | https://www.amazon.de/sp/_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A1VDUVW4UIMVOJ |
| 184 | SunEveryday | A1YOPLA9BJ8EP9 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YOPLA9BJ8EP9 |
| 185 | Fitnessday | A22883ZME91JNI | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22883ZME91JNI |
| 186 | Muou Shop | A23MBUIYND11O5 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23MBUIYND11O5 |
| 187 | runpeiying | A247O6BCINO680 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A247O6BCINO680 |
| 188 | yintama | A24F6756WX4TZ1 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24F6756WX4TZ1 |
| 189 | Biicoon | A24PEVV5TREDPG | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24PEVV5TREDPG |
| 190 | ruitaishangcheng1 | A25B9Q6MI3SJA8 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25B9Q6MI3SJA8 |
| 191 | Sealang | A2607B814I74IQ | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2607B814I74IQ |
| 192 | Supermarket US | A27MNCHGW47N9X | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27MNCHGW47N9X |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 193 | 乐乐US专业商店 | A28FQ2EUEGAVWV | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28FQ2EUEGAVWV |
| 194 | BORNEW DIRECT | A29IRPTH4J3LEZ | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29IRPTH4J3LEZ |
| 195 | CreteeDirect | A29XSZK67SUJ45 | https://www.amazon.co.uk/sp/_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A29XSZK67SUJ45 |
| 196 | Hoozad-EU | A2BGIYOE5IV7O | https://www.amazon.de/sp/_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A2BGIYOE5IV7O |
| 197 | HPBLD-NA | A2H51J5PF68BZM | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2H51J5PF68BZM |
| 198 | Cretee | A2HMPKQC7JW3XX | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HMPKQC7JW3XX |
| 199 | Supportiback® \| Back Pain Experts | A2HPZZWX2ZUF7I | https://www.amazon.co.uk/sp/_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A2HPZZWX2ZUF7I |
| 200 | WAPIN DIRECT-US | A2I8WOTSLZU2FC | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2I8WOTSLZU2FC |
| 201 | zhengyang flagship store | A2IHXUZXWR3705 | https://www.amazon.de/sp/_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A2IHXUZXWR3705, https://www.amazon.co.uk/sp/_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A2IHXUZXWR3705 |
| 202 | xufengkaida-UK | A2JQFTLTE2FLH9 | https://www.amazon.de/sp/_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A2JQFTLTE2FLH9 |
| 203 | KURBAN BAYRAM | A2K8O4225GR19E | https://www.amazon.co.jp/sp/_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A2K8O4225GR19E |
| 204 | star station | A2PA3X9KJRD5E | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PA3X9KJRD5E |
| 205 | aboutcaoxiaopei | A2RZZG77QR1NFR | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RZZG77QR1NFR |
| 206 | Foretooth | A30PERYO4P43CU | https://www.amazon.de/sp/_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A30PERYO4P43CU |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 207 | Xuwimaw-US | A31N8UXGFRICO3 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31N8UXGFRICO3 |
| 208 | lifeng4639 | A38JZ332LLTGZC | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38JZ332LLTGZC |
| 209 | FengyuanMaple | A39QNJVO8FIO8Y | https://www.amazon.ca/sp/?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A39QNJVO8FIO8Y |
| 210 | xiamenhaiyiyue | A3BFFR17L72H3M | https://www.amazon.de/sp/?_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A3BFFR17L72H3M |
| 211 | yaojibest | A3BXB7SS3G2LY1 | https://www.amazon.co.uk/sp/?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A3BXB7SS3G2LY1 |
| 212 | xmzhuyijia | A3CS0JE3SJBRCE | https://www.amazon.co.uk/sp/?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A3CS0JE3SJBRCE |
| 213 | Tanxyz-US | A3DP2AALQIVHTA | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DP2AALQIVHTA |
| 214 | Woriil | A3DXG8UJC0RL9L | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DXG8UJC0RL9L |
| 215 | SYL&LYT&LYF | A3FPRIEVUHW13X | https://www.amazon.co.jp/sp/?_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A3FPRIEVUHW13X |
| 216 | YunHongDa | A3H3I1ETWGZ5JH | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3H3I1ETWGZ5JH |
| 217 | yabaa | A3HXNHGEPE1OW8 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HXNHGEPE1OW8 |
| 218 | SIMIYOU | A3MAXWJD77QMC5 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MAXWJD77QMC5 |
| 219 | TopHTE-US | A3MW5CQL6IZURO | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MW5CQL6IZURO |
| 220 | Yijiedianshang | A3PJ2MPW3ODN48 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJ2MPW3ODN48 |
| 221 | Yokuna | A3R3YS5HUFJYCI | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R3YS5HUFJYCI |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 222 | 慌雷电子 | A3RDA1K8M2AM8K | https://www.amazon.co.jp/sp?_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A3RDA1K8M2AM8K |
| 223 | Anjiyinyin | A3VTTUDN7RV6DH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VTTUDN7RV6DH |
| 224 | Siuyinzae-US | A45A5V04HZXKO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A45A5V04HZXKO |
| 225 | iuebc_NHF | A6I2HGL4MLB3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6I2HGL4MLB3 |
| 226 | NOAS | A8TW5O6X0PCTL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8TW5O6X0PCTL |
| 227 | 江巧丽666 | A9Q7YBI4QLQ3T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9Q7YBI4QLQ3T |
| 228 | Minnya | AKPNB7HD06Y76 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKPNB7HD06Y76 |
| 229 | xiweism | AMTLUJQ8O259Q | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=AMTLUJQ8O259Q |
| 230 | A-yixian | AOH9V8W2LW1AN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOH9V8W2LW1AN |
| 231 | luok | APCTZBE0C6GV9 | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=APCTZBE0C6GV9 |
| 232 | KILINEO from Dallas TX | ARP4JKOX2ANA9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARP4JKOX2ANA9 |
| 233 | TOMIO WOMAN | ATUBYZTBBK79F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ATUBYZTBBK79F |
| 234 | Euandrea | AXX7S63PX81W0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXX7S63PX81W0 |
| 235 | Deays | AYGT3TDOA3K6P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYGT3TDOA3K6P |
| 236 | Jingjushanghang | AYS9T5WJ4Z3EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYS9T5WJ4Z3EI |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 237 | hibere | AYW9WWL4X KSSA | https://www.amazon.de/sp?_encoding=UTF8&marketp laceID=A1PA6795UKMFR9&seller=AYW9WWL4X KSSA |
| 238 | cnoutdoorware Store | 15519264 | https://www.dhgate.com/store/15519264 |
| 239 | lyqlove Store | 21609437 | https://www.dhgate.com/store/21609437 |
| 240 | houyiliu Store | 21634948 | https://www.dhgate.com/store/21634948 |
| 241 | hu09 Store | 21755329 | https://www.dhgate.com/store/21755329 |
| 242 | zhi07 Store | 21756524 | https://www.dhgate.com/store/21756524 |
| 243 | bong07 Store | 21836791 | https://www.dhgate.com/store/21836791 |
| 244 | allinonecanstore | allinonecanstore | https://www.ebay.com/usr/allinonecanstore |
| 245 | bingo-packing-machine | bingo-packing-machine | https://www.ebay.com/usr/bingo-packing-machine |
| 246 | bingo-packing-machine11 | bingo-packing-machine11 | https://www.ebay.com/usr/bingo-packing-machine11 |
| 247 | chlae_rp | chlae_rp | https://www.ebay.com/usr/chlae_rp |
| 248 | condor.deals | condor.deals | https://www.ebay.com/usr/condor.deals |
| 249 | haq-trade | haq-trade | https://www.ebay.ca/usr/haq-trade |
| 250 | jennkped-0 | jennkped-0 | https://www.ebay.ca/usr/jennkped-0 |
| 251 | jinxix | jinxix | https://www.ebay.com/usr/jinxix |
| 252 | marort232 | marort232 | https://www.ebay.com/usr/marort232 |
| 253 | nt4940 | nt4940 | https://www.ebay.com/usr/nt4940 |
| 254 | todaycandeals | todaycandeals | https://www.ebay.com/usr/todaycandeals |
| 255 | usacandeal | usacandeal | https://www.ebay.com/usr/usacandeal |
| 256 | vgo100 | vgo100 | https://www.ebay.ca/usr/vgo100 |
| 257 | we-care | we-care | https://www.ebay.com/usr/we-care |
| 258 | weehost | weehost | https://www.ebay.com/usr/weehost |
| 259 | BasicStatementCo | BasicStatementCo | https://www.etsy.com/shop/BasicStatementCo |
| 260 | browze | browze | browze.com |
| 261 | koshayoga | koshayoga | koshayoga.co |
| 262 | sportmegastore | sportmegastore | https://sportmegastore |
| 263 | tressca | tressca | tressca.in |
| 264 | Qingtian Yingying Electronic Commerce Co., Ltd. | 101043394 | https://www.walmart.com/reviews/seller/101043394 |
| 265 | Shenzhen Mingzhiyang Technology Co., Ltd. | 101074202 | https://www.walmart.com/reviews/seller/101074202 |
| 266 | shenzhenshihuiyaxinmaoy iyouxiangongsi | 101091857 | https://www.walmart.com/reviews/seller/101091857 |
| 267 | Dolegur | 101109694 | https://www.walmart.com/reviews/seller/101109694 |
| 268 | Smileol | 101113032 | https://www.walmart.com/reviews/seller/101113032 |
| 269 | VKEKIEO | 101120118 | https://www.walmart.com/reviews/seller/101120118 |
| 270 | Pakainn | 101131388 | https://www.walmart.com/reviews/seller/101131388 |
| 271 | tianjinshidongfangsugouw angluokejiyouxiangongsi | 101134102 | https://www.walmart.com/reviews/seller/101134102 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 272 | sumai | 101134294 | https://www.walmart.com/reviews/seller/101134294 |
| 273 | Donewelo | 101136693 | https://www.walmart.com/reviews/seller/101136693 |
| 274 | Fortune Court | 101139170 | https://www.walmart.com/reviews/seller/101139170 |
| 275 | YuanTU | 101174191 | https://www.walmart.com/reviews/seller/101174191 |
| 276 | GF-Huinong | 101175048 | https://www.walmart.com/reviews/seller/101175048 |
| 277 | Blirik | 101175999 | https://www.walmart.com/reviews/seller/101175999 |
| 278 | Gukom | 101176319 | https://www.walmart.com/reviews/seller/101176319 |
| 279 | Miruku | 101176344 | https://www.walmart.com/reviews/seller/101176344 |
| 280 | Tkbnmy | 101189422 | https://www.walmart.com/reviews/seller/101189422 |
| 281 | shenzhenshizhongzhichenggongyipinyouxiangongsi | 101192396 | https://www.walmart.com/reviews/seller/101192396 |
| 282 | shenzhenshilinuozhenshipinyouxiangongsi | 101198670 | https://www.walmart.com/reviews/seller/101198670 |
| 283 | anhuinuobodianzishangwuyouxiangongsi | 101203344 | https://www.walmart.com/reviews/seller/101203344 |
| 284 | Shen Zhen Shi Nan Cai Fen Jia Ju Yong Pin You Xian Gong Si | 101215810 | https://www.walmart.com/reviews/seller/101215810 |
| 285 | guang zhou shi yin long dian zi you xian gong si | 101218791 | https://www.walmart.com/reviews/seller/101218791 |
| 286 | Toyella | 101261925 | https://www.walmart.com/reviews/seller/101261925 |
| 287 | chengduyanyijiangshangmaoltd | 101291008 | https://www.walmart.com/reviews/seller/101291008 |
| 288 | YZHTSJ | 101113325 | https://www.walmart.com/reviews/seller/101113325 |
| 289 | TIHLMK | 101127947 | https://www.walmart.com/reviews/seller/101127947 |
| 290 | WUDIWang | 101138974 | https://www.walmart.com/reviews/seller/101138974 |
| 291 | Heopbird | 101172802 | https://www.walmart.com/reviews/seller/101172802 |
| 292 | Tianlu Electronics | 101175626 | https://www.walmart.com/reviews/seller/101175626 |
| 293 | weifangchengkaishangmaoyouxiangongsi | 101189005 | https://www.walmart.com/reviews/seller/101189005 |
| 294 | CHENGDUHONGNIWUKEJIYOUXIANGONGSI | 101190639 | https://www.walmart.com/reviews/seller/101190639 |
| 295 | Dean's Work Gloves | 5ecbbed2537a184357a511cd | https://www.wish.com/merchant/5ecbbed2537a184357a511cd |
| 296 | Joybuy Express Seller 1 | Seller1-16214 | https://www.walmart.com/reviews/seller/16214 |
| 297 | Joybuy Express Seller 2 | Seller2-16214 | https://www.walmart.com/reviews/seller/16214 |
| 298 | Joybuy Express Seller 3 | Seller3-16214 | https://www.walmart.com/reviews/seller/16214 |
| 299 | Joybuy Express Seller 4 | Seller4-16214 | https://www.walmart.com/reviews/seller/162144 |
| 300 | Joybuy Express Seller 5 | Seller5-16214 | https://www.walmart.com/reviews/seller/16214 |
| 301 | Joybuy Express Seller 6 | Seller6-16214 | https://www.walmart.com/reviews/seller/16214 |
| 302 | Joybuy Fashion Seller 1 | Seller1-101118004 | https://www.walmart.com/reviews/seller/101118004 |
| 303 | Joybuy Fashion Seller 2 | Seller2-101118004 | https://www.walmart.com/reviews/seller/101118004 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 304 | Joybuy Fashion Seller 3 | Seller3-101118004 | https://www.walmart.com/reviews/seller/1011180044 |
| 305 | Joybuy Selection Seller 1 | Seller1-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 306 | Joybuy Selection Seller 2 | Seller2-101087374 | https://www.walmart.com/reviews/seller/1010873744 |
| 307 | Joybuy Selection Seller 3 | Seller3-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 308 | Joybuy Selection Seller 4 | Seller4-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 309 | Joybuy Selection Seller 5 | Seller5-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 310 | Joybuy Selection Seller 6 | Seller6-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 311 | Joybuy America Seller 1 | Seller1-101001636 | https://www.walmart.com/reviews/seller/101001636 |
| 312 | Joybuy Seller 1 | Seller1-18988 | https://www.walmart.com/reviews/seller/18988 |
| 313 | Joybuy Seller 2 | Seller2-18988 | https://www.walmart.com/reviews/seller/18988 |
| 314 | Joybuy Seller 3 | Seller3-18988 | https://www.walmart.com/reviews/seller/18988 |
| 315 | Joybuy Seller 4 | Seller4-18988 | https://www.walmart.com/reviews/seller/18988 |
| 316 | Joybuy Seller 5 | Seller5-18988 | https://www.walmart.com/reviews/seller/18988 |
| 317 | Joybuy Seller 6 | Seller6-18988 | https://www.walmart.com/reviews/seller/18988 |
| 318 | Joybuy Seller 7 | Seller7-18988 | https://www.walmart.com/reviews/seller/18988 |
| 319 | Joybuy Seller 8 | Seller8-18988 | https://www.walmart.com/reviews/seller/18988 |
| 320 | Joybuy Seller 9 | Seller9-18988 | https://www.walmart.com/reviews/seller/18988 |
| 321 | Joybuy Seller 10 | Seller10-18988 | https://www.walmart.com/reviews/seller/18988 |
| 322 | Joybuy Seller 11 | Seller11-18988 | https://www.walmart.com/reviews/seller/18988 |
| 323 | Joybuy Seller 12 | Seller12-18988 | https://www.walmart.com/reviews/seller/18988 |
| 324 | Joybuy Seller 13 | Seller13-18988 | https://www.walmart.com/reviews/seller/18988 |
| 325 | Joybuy Seller 14 | Seller14-18988 | https://www.walmart.com/reviews/seller/18988 |
| 326 | Joybuy Seller 15 | Seller15-18988 | https://www.walmart.com/reviews/seller/18988 |
| 327 | Joybuy Seller 16 | Seller16-18988 | https://www.walmart.com/reviews/seller/18988 |
| 328 | Joybuy Seller 17 | Seller17-18988 | https://www.walmart.com/reviews/seller/18988 |
| 329 | Joybuy Seller 18 | Seller18-18988 | https://www.walmart.com/reviews/seller/18988 |
| 330 | Joybuy Seller 19 | Seller19-18988 | https://www.walmart.com/reviews/seller/18988 |
| 331 | Joybuy Seller 20 | Seller20-18988 | https://www.walmart.com/reviews/seller/18988 |
| 332 | Joybuy Seller 21 | Seller21-18988 | https://www.walmart.com/reviews/seller/18988 |
| 333 | Joybuy Seller 22 | Seller22-18988 | https://www.walmart.com/reviews/seller/18988 |
| 334 | Joybuy Seller 23 | Seller23-18988 | https://www.walmart.com/reviews/seller/18988 |
| 335 | Joybuy Seller 24 | Seller24-18988 | https://www.walmart.com/reviews/seller/18988 |
| 336 | Joybuy Seller 25 | Seller25-18988 | https://www.walmart.com/reviews/seller/18988 |
| 337 | Joybuy Seller 26 | Seller26-18988 | https://www.walmart.com/reviews/seller/18988 |
| 338 | Joybuy Seller 27 | Seller27-18988 | https://www.walmart.com/reviews/seller/18988 |
| 339 | Joybuy Seller 28 | Seller28-18988 | https://www.walmart.com/reviews/seller/18988 |
| 340 | Joybuy Seller 29 | Seller29-18988 | https://www.walmart.com/reviews/seller/18988 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 341 | Joybuy Seller 30 | Seller30-18988 | https://www.walmart.com/reviews/seller/18988 |
| 342 | Joybuy Seller 31 | Seller31-18988 | https://www.walmart.com/reviews/seller/18988 |
| 343 | Joybuy Seller 32 | Seller32-18988 | https://www.walmart.com/reviews/seller/18988 |
| 344 | Joybuy Seller 33 | Seller33-18988 | https://www.walmart.com/reviews/seller/18988 |
| 345 | Joybuy Seller 34 | Seller34-18988 | https://www.walmart.com/reviews/seller/18988 |
| 346 | Joybuy Seller 35 | Seller35-18988 | https://www.walmart.com/reviews/seller/18988 |
| 347 | Joybuy Seller 36 | Seller36-18988 | https://www.walmart.com/reviews/seller/18988 |
| 348 | Joybuy Seller 37 | Seller37-18988 | https://www.walmart.com/reviews/seller/18988 |
| 349 | Joybuy Seller 38 | Seller38-18988 | https://www.walmart.com/reviews/seller/18988 |
| 350 | Joybuy Seller 39 | Seller39-18988 | https://www.walmart.com/reviews/seller/18988 |
| 351 | Joybuy Seller 40 | Seller40-18988 | https://www.walmart.com/reviews/seller/18988 |
| 352 | Joybuy Seller 41 | Seller41-18988 | https://www.walmart.com/reviews/seller/189888 |
| 353 | Joybuy Seller 42 | Seller42-18988 | https://www.walmart.com/reviews/seller/18988 |
| 354 | Joybuy Seller 43 | Seller43-18988 | https://www.walmart.com/reviews/seller/18988 |
| 355 | Joybuy Seller 44 | Seller44-18988 | https://www.walmart.com/reviews/seller/18988 |
| 356 | Joybuy Seller 45 | Seller45-18988 | https://www.walmart.com/reviews/seller/18988 |
| 357 | Joybuy Seller 46 | Seller46-18988 | https://www.walmart.com/reviews/seller/18988 |
| 358 | Joybuy Seller 47 | Seller47-18988 | https://www.walmart.com/reviews/seller/18988 |
| 359 | Joybuy Seller 48 | Seller48-18988 | https://www.walmart.com/reviews/seller/18988 |
| 360 | Joybuy Seller 49 | Seller49-18988 | https://www.walmart.com/reviews/seller/18988 |
| 361 | Joybuy Seller 50 | Seller50-18988 | https://www.walmart.com/reviews/seller/18988 |
| 362 | Joybuy Seller 51 | Seller51-18988 | https://www.walmart.com/reviews/seller/18988 |
| 363 | Joybuy Seller 52 | Seller52-18988 | https://www.walmart.com/reviews/seller/18988 |
| 364 | Joybuy Seller 53 | Seller53-18988 | https://www.walmart.com/reviews/seller/18988 |
| 365 | Joybuy Seller 54 | Seller54-18988 | https://www.walmart.com/reviews/seller/18988 |
| 366 | Joybuy Seller 55 | Seller55-18988 | https://www.walmart.com/reviews/seller/18988 |