# Exhibit 1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |
| | | REDACTED | |

| |
|---|
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |

| REDACTED |
|----------|
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |
| REDACTED |

| | | | |
|---|---|---|---|
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| 130 | Lisan Store | 5889358 | https://www.aliexpress.com/store/5889358 |
| 131 | Embellish Your Workplace Store | 5891678 | https://www.aliexpress.com/store/5891678 |
| 132 | Shop910438050 Store | 910438050 | https://www.aliexpress.com/store/910438050 |
| 133 | Autumn Wind Store | 911042235 | https://www.aliexpress.com/store/911042235 |
| 134 | Shop911109320 Store | 911109320 | https://www.aliexpress.com/store/911109320 |
| 135 | FITYOU FITNESS&OUTDOOR Store | 912340277 | https://www.aliexpress.com/store/912340277 |
| 136 | Shop1100297121 Store | 1100297121 | https://www.aliexpress.com/store/1100297121 |
| 137 | Shop1100331006 Store | 1100331006 | https://www.aliexpress.com/store/1100331006 |
| 138 | Shopping China Store | 1100773053 | https://www.aliexpress.com/store/1100773053 |
| 139 | MAICCA SPORTS Store | 1100849723 | https://www.aliexpress.com/store/1100849723 |
| 140 | Daily Elec-tronic-Store | 1101269017 | https://www.aliexpress.com/store/1101269017 |
| 141 | cnbagsac Store | 1101280120 | https://www.aliexpress.com/store/1101280120 |
| 142 | flylitte Official Store | 1101304699 | https://www.aliexpress.com/store/1101304699 |
| 143 | ZSOOQ Official Store | 1101313947 | https://www.aliexpress.com/store/1101313947 |
| 144 | SportsGirl Store | 1101324504 | https://www.aliexpress.com/store/1101324504 |
| 145 | mosodo Official Store | 1101341725 | https://www.aliexpress.com/store/1101341725 |
| 146 | 209 Shopping Store | 1101373968 | https://www.aliexpress.com/store/1101373968 |
| 147 | Huntingdoors Outdoor Store | 1101383769 | https://www.aliexpress.com/store/1101383769 |

| 148 | 9REEN SPORT Store | 1101404229 | https://www.aliexpress.com/store/1101404229 |
|-----|-------------------|------------|----------------------------------------------|
| 149 | Keep Dear Store | 1101405824 | https://www.aliexpress.com/store/1101405824 |
| 150 | Shop911109320 Store | 1101576852 | https://www.aliexpress.com/store/1101576852 |
| 151 | 52 Physical Culture Store | 1101600010 | https://www.aliexpress.com/store/1101600010 |
| 152 | Shop911413588 Store | 1101613304 | https://www.aliexpress.com/store/1101613304 |
| 153 | Moray's Computer Store | 1101670594 | https://www.aliexpress.com/store/1101670594 |
| 154 | mosodo Sport Store | 1101672299 | https://www.aliexpress.com/store/1101672299 |
| 155 | Wearmay Season Store | 1101813603 | https://www.aliexpress.com/store/1101813603 |
| 156 | taojin outdoors Store | 1101846912 | https://www.aliexpress.com/store/1101846912 |
| 157 | Shop912624925 Store | 1101942750 | https://www.aliexpress.com/store/1101942750 |
| 158 | YJ-Block-center Store | 1101987005 | https://www.aliexpress.com/store/1101987005 |
| 159 | Shop1100227202 Store | 1102016288 | https://www.aliexpress.com/store/1102016288 |
| 160 | Shop1102113354 Store | 1102114349 | https://www.aliexpress.com/store/1102114349 |
| 161 | YIXI outdoor tools Store | 1102137113 | https://www.aliexpress.com/store/1102137113 |
| 162 | M-M Outdoor Store | 1102162127 | https://www.aliexpress.com/store/1102162127 |
| 163 | Dragon Mountain Outdoor Store | 1102292005 | https://www.aliexpress.com/store/1102292005 |
| 164 | Longshan Outdoor Franchise Store | 1102420473 | https://www.aliexpress.com/store/1102420473 |
| 165 | Shop4304019 Store | 1101293162 | https://www.aliexpress.com/store/1101293162 |
| 166 | Callpioneer Direct | A16S2GTCFZHGJR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16S2GTCFZHGJR |
| REDACTED | | | |

5

| 168 | Instellar Direct | A1968E48NJWO2F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1968E48NJWO2F |
| 169 | Aeuywer | A1BSZV4DQB4FV5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BSZV4DQB4FV5 |
| | | REDACTED | |
| 171 | HuZhiMing1 | A1EH5ZL9HYICG8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EH5ZL9HYICG8 |
| 172 | fghdjfgb | A1EWHZCV1VDNO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EWHZCV1VDNO |
| 173 | Hoozad-US | A1GNY9GMVXEJPR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GNY9GMVXEJPR |
| 174 | Lonme | A1H3GG1XX0E0VD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H3GG1XX0E0VD |
| | | REDACTED | |
| | | REDACTED | |
| 177 | LOPRGJO-US | A1RXXB9HOC6W7Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RXXB9HOC6W7Z |
| 178 | QingRuShui | A1SOVHBM1N3H1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SOVHBM1N3H1 |
| 179 | ROOFTREE-US | A1T2KZWOPUJ1DZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T2KZWOPUJ1DZ |
| 180 | Prexey | A1UDQVA707677M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UDQVA707677M |
| 181 | Luodanlun | A1UPCF17NW0TU3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UPCF17NW0TU3 |
| 182 | Wuhone-US | A1UR4UGYFQU9CD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UR4UGYFQU9CD |
| | | REDACTED | |

| 184 | SunEveryday | A1YOPLA9BJ8EP9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YOPLA9BJ8EP9 |
| 185 | Fitnessday | A22883ZME91JNI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22883ZME91JNI |
| 186 | Muou Shop | A23MBUIYND11O5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23MBUIYND11O5 |
| 187 | runpeiying | A247O6BCINO680 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A247O6BCINO680 |
| 188 | yintama | A24F6756WX4TZ1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24F6756WX4TZ1 |
| 189 | Biicoon | A24PEVV5TREDPG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24PEVV5TREDPG |
| 190 | ruitaishangcheng1 | A25B9Q6MI3SJA8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25B9Q6MI3SJA8 |
| 191 | Sealang | A2607B814I74IQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2607B814I74IQ |
| 192 | Supermarket US | A27MNCHGW47N9X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27MNCHGW47N9X |
| 193 | 乐乐US专业商店 | A28FQ2EUEGAVWV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28FQ2EUEGAVWV |
| 194 | BORNEW DIRECT | A29IRPTH4J3LEZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29IRPTH4J3LEZ |
| | REDACTED | | |
| | REDACTED | | |
| 197 | HPBLD-NA | A2H51J5PF68BZM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2H51J5PF68BZM |
| 198 | Cretee | A2HMPKQC7JW3XX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HMPKQC7JW3XX |

| | | | REDACTED |
|---|---|---|---|
| 200 | WAPIN DIRECT-US | A2I8WOTSLZU2FC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2I8WOTSLZU2FC |
| | | | REDACTED |
| | | | REDACTED |
| | | | REDACTED |
| 204 | star station | A2PA3X9KJRD5E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PA3X9KJRD5E |
| 205 | aboutcaoxiaopei | A2RZZG77QR1NFR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RZZG77QR1NFR |
| | | | REDACTED |
| 207 | Xuwimaw-US | A31N8UXGFRICO3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31N8UXGFRICO3 |
| 208 | lifeng4639 | A38JZ332LLTGZC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38JZ332LLTGZC |
| 209 | FengyuanMaple | A39QNJVO8FIO8Y | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A39QNJVO8FIO8Y |
| | | | REDACTED |
| | | | REDACTED |
| | | | REDACTED |
| 213 | Tanxyz-US | A3DP2AALQIVHTA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DP2AALQIVHTA |
| 214 | Woriil | A3DXG8UJC0RL9L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DXG8UJC0RL9L |
| | | | REDACTED |
| 216 | YunHongDa | A3H3I1ETWGZ5JH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3H3I1ETWGZ5JH |
| 217 | yabaa | A3HXNHGEPE1OW8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HXNHGEPE1OW8 |

| 218 | SIMIYOU | A3MAXWJD77QMC5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MAXWJD77QMC5 |
| 219 | TopHTE-US | A3MW5CQL6IZURO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MW5CQL6IZURO |
| 220 | Yijiedianshang | A3PJ2MPW3ODN48 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJ2MPW3ODN48 |
| 221 | Yokuna | A3R3YS5HUFJYCI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R3YS5HUFJYCI |
| REDACTED | | | |
| 223 | Anjiyinyin | A3VTTUDN7RV6DH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VTTUDN7RV6DH |
| 224 | Siuyinzae-US | A45A5V04HZXKO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A45A5V04HZXKO |
| 225 | iuebc_NHF | A6I2HGL4MLB3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6I2HGL4MLB3 |
| 226 | NOAS | A8TW5O6X0PCTL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8TW5O6X0PCTL |
| 227 | 江巧丽666 | A9Q7YBI4QLQ3T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9Q7YBI4QLQ3T |
| 228 | Minnya | AKPNB7HD06Y76 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKPNB7HD06Y76 |
| REDACTED | | | |
| 230 | A-yixian | AOH9V8W2LW1AN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOH9V8W2LW1AN |
| REDACTED | | | |
| 232 | KILINEO from Dallas TX | ARP4JKOX2ANA9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARP4JKOX2ANA9 |

| 233 | TOMIO WOMAN | ATUBYZTBBK79F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ATUBYZTBBK79F |
| 234 | Euandrea | AXX7S63PX81W0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXX7S63PX81W0 |
| 235 | Deays | AYGT3TDOA3K6P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYGT3TDOA3K6P |
| 236 | Jingjushanghang | AYS9T5WJ4Z3EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYS9T5WJ4Z3EI |
| | REDACTED | | |
| 238 | cnoutdoorware Store | 15519264 | https://www.dhgate.com/store/15519264 |
| 239 | lyqlove Store | 21609437 | https://www.dhgate.com/store/21609437 |
| 240 | houyiliu Store | 21634948 | https://www.dhgate.com/store/21634948 |
| 241 | hu09 Store | 21755329 | https://www.dhgate.com/store/21755329 |
| 242 | zhi07 Store | 21756524 | https://www.dhgate.com/store/21756524 |
| 243 | bong07 Store | 21836791 | https://www.dhgate.com/store/21836791 |
| 244 | allinonecanstore | allinonecanstore | https://www.ebay.com/usr/allinonecanstore |
| 245 | bingo-packing-machine | bingo-packing-machine | https://www.ebay.com/usr/bingo-packing-machine |
| 246 | bingo-packing-machine11 | bingo-packing-machine11 | https://www.ebay.com/usr/bingo-packing-machine11 |
| 247 | chlae_rp | chlae_rp | https://www.ebay.com/usr/chlae_rp |
| 248 | condor.deals | condor.deals | https://www.ebay.com/usr/condor.deals |
| 249 | haq-trade | haq-trade | https://www.ebay.ca/usr/haq-trade |
| 250 | jennkped-0 | jennkped-0 | https://www.ebay.ca/usr/jennkped-0 |
| 251 | jinxix | jinxix | https://www.ebay.com/usr/jinxix |
| | REDACTED | | |
| 253 | nt4940 | nt4940 | https://www.ebay.com/usr/nt4940 |
| 254 | todaycandeals | todaycandeals | https://www.ebay.com/usr/todaycandeals |
| 255 | usacandeal | usacandeal | https://www.ebay.com/usr/usacandeal |
| 256 | vgo100 | vgo100 | https://www.ebay.ca/usr/vgo100 |
| 257 | we-care | we-care | https://www.ebay.com/usr/we-care |
| 258 | weehost | weehost | https://www.ebay.com/usr/weehost |
| | REDACTED | | |
| | REDACTED | | |
| | REDACTED | | |
| | REDACTED | | |
| 263 | tressca | tressca | tressca.in |

| 264 | Qingtian Yingying Electronic Commerce Co., Ltd. | 101043394 | https://www.walmart.com/reviews/seller/101043394 |
|-----|---------------------------------|-----------|---------------------------------------------------|
| 265 | Shenzhen Mingzhiyang Technology Co., Ltd. | 101074202 | https://www.walmart.com/reviews/seller/101074202 |
| 266 | shenzhenshihuiyaxinmaoyiyouxiangongsi | 101091857 | https://www.walmart.com/reviews/seller/101091857 |
| 267 | Dolegur | 101109694 | https://www.walmart.com/reviews/seller/101109694 |
| 268 | Smileol | 101113032 | https://www.walmart.com/reviews/seller/101113032 |
| 269 | VKEKIEO | 101120118 | https://www.walmart.com/reviews/seller/101120118 |
| 270 | Pakainn | 101131388 | https://www.walmart.com/reviews/seller/101131388 |
| 271 | tianjinshidongfangsugouwangluokejiyouxiangongsi | 101134102 | https://www.walmart.com/reviews/seller/101134102 |
| 272 | sumai | 101134294 | https://www.walmart.com/reviews/seller/101134294 |
| 273 | Donewelo | 101136693 | https://www.walmart.com/reviews/seller/101136693 |
| 274 | Fortune Court | 101139170 | https://www.walmart.com/reviews/seller/101139170 |
| 275 | YuanTU | 101174191 | https://www.walmart.com/reviews/seller/101174191 |
| 276 | GF-Huinong | 101175048 | https://www.walmart.com/reviews/seller/101175048 |
| 277 | Blirik | 101175999 | https://www.walmart.com/reviews/seller/101175999 |
| 278 | Gukom | 101176319 | https://www.walmart.com/reviews/seller/101176319 |
| 279 | Miruku | 101176344 | https://www.walmart.com/reviews/seller/101176344 |
| 280 | Tkbnmy | 101189422 | https://www.walmart.com/reviews/seller/101189422 |
| 281 | shenzhenshizhongzhichenggongyipinyouxiangongsi | 101192396 | https://www.walmart.com/reviews/seller/101192396 |

| 282 | shenzhenshilinuozhens hipinyouxiangongsi | 101198670 | https://www.walmart.com/reviews/seller/1 01198670 |
|---|---|---|---|
| 283 | anhuinuobodianzishan gwuyouxiangongsi | 101203344 | https://www.walmart.com/reviews/seller/1 01203344 |
| 284 | Shen Zhen Shi Nan Cai Fen Jia Ju Yong Pin You Xian Gong Si | 101215810 | https://www.walmart.com/reviews/seller/1 01215810 |
| 285 | guang zhou shi yin long dian zi you xian gong si | 101218791 | https://www.walmart.com/reviews/seller/1 01218791 |
| 286 | Toyella | 101261925 | https://www.walmart.com/reviews/seller/1 01261925 |
| 287 | chengduyanyijiangsha ngmaoltd | 101291008 | https://www.walmart.com/reviews/seller/1 01291008 |
| 288 | YZHTSJ | 101113325 | https://www.walmart.com/reviews/seller/1 01113325 |
| 289 | TIHLMK | 101127947 | https://www.walmart.com/reviews/seller/1 01127947 |
| 290 | WUDIWang | 101138974 | https://www.walmart.com/reviews/seller/1 01138974 |
| 291 | Heopbird | 101172802 | https://www.walmart.com/reviews/seller/1 01172802 |
| 292 | Tianlu Electronics | 101175626 | https://www.walmart.com/reviews/seller/1 01175626 |
| 293 | weifangchengkaishang maoyouxiangongsi | 101189005 | https://www.walmart.com/reviews/seller/1 01189005 |
| 294 | CHENGDUHONGNI WUKEJIYOUXIAN GONGSI | 101190639 | https://www.walmart.com/reviews/seller/1 01190639 |
| 295 | Dean's Work Gloves | 5ecbbed2537a184 357a511cd | https://www.wish.com/merchant/5ecbbed2 537a184357a511cd |
| 296 | Joybuy Express Seller 1 | Seller1-16214 | https://www.walmart.com/reviews/seller/1 6214 |
| 297 | Joybuy Express Seller 2 | Seller2-16214 | https://www.walmart.com/reviews/seller/1 6214 |
| REDACTED | | | |
| 299 | Joybuy Express Seller 4 | Seller4-16214 | https://www.walmart.com/reviews/seller/1 62144 |
| 300 | Joybuy Express Seller 5 | Seller5-16214 | https://www.walmart.com/reviews/seller/1 6214 |

| 301 | Joybuy Express Seller 6 | Seller6-16214 | https://www.walmart.com/reviews/seller/16214 |
|-----|-----|-----|-----|
| 302 | Joybuy Fashion Seller 1 | Seller1-101118004 | https://www.walmart.com/reviews/seller/101118004 |
| 303 | Joybuy Fashion Seller 2 | Seller2-101118004 | https://www.walmart.com/reviews/seller/101118004 |
| REDACTED | | | |
| 305 | Joybuy Selection Seller 1 | Seller1-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 306 | Joybuy Selection Seller 2 | Seller2-101087374 | https://www.walmart.com/reviews/seller/010873744 |
| REDACTED | | | |
| 308 | Joybuy Selection Seller 4 | Seller4-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| REDACTED | | | |
| REDACTED | | | |
| 311 | Joybuy America Seller 1 | Seller1-101001636 | https://www.walmart.com/reviews/seller/101001636 |
| 312 | Joybuy Seller 1 | Seller1-18988 | https://www.walmart.com/reviews/seller/18988 |
| 313 | Joybuy Seller 2 | Seller2-18988 | https://www.walmart.com/reviews/seller/18988 |
| 314 | Joybuy Seller 3 | Seller3-18988 | https://www.walmart.com/reviews/seller/18988 |
| 315 | Joybuy Seller 4 | Seller4-18988 | https://www.walmart.com/reviews/seller/18988 |
| 316 | Joybuy Seller 5 | Seller5-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| 318 | Joybuy Seller 7 | Seller7-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| 320 | Joybuy Seller 9 | Seller9-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| 322 | Joybuy Seller 11 | Seller11-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| 324 | Joybuy Seller 13 | Seller13-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| REDACTED | | | |

| 327 | Joybuy Seller 16 | Seller16-18988 | https://www.walmart.com/reviews/seller/18988 |
| 328 | Joybuy Seller 17 | Seller17-18988 | https://www.walmart.com/reviews/seller/18988 |
| 329 | Joybuy Seller 18 | Seller18-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| 333 | Joybuy Seller 22 | Seller22-18988 | https://www.walmart.com/reviews/seller/18988 |
| 334 | Joybuy Seller 23 | Seller23-18988 | https://www.walmart.com/reviews/seller/18988 |
| 335 | Joybuy Seller 24 | Seller24-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| REDACTED | | | |
| 338 | Joybuy Seller 27 | Seller27-18988 | https://www.walmart.com/reviews/seller/18988 |
| 339 | Joybuy Seller 28 | Seller28-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| 348 | Joybuy Seller 37 | Seller37-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| REDACTED | | | |
| 351 | Joybuy Seller 40 | Seller40-18988 | https://www.walmart.com/reviews/seller/18988 |
| 352 | Joybuy Seller 41 | Seller41-18988 | https://www.walmart.com/reviews/seller/189888 |
| REDACTED | | | |
| REDACTED | | | |
| 355 | Joybuy Seller 44 | Seller44-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |

14

| 357 | Joybuy Seller 46 | Seller46-18988 | https://www.walmart.com/reviews/seller/18988 |
|-----|------------------|----------------|-----------------------------------------------|
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| 362 | Joybuy Seller 51 | Seller51-18988 | https://www.walmart.com/reviews/seller/18988 |
| REDACTED | | | |
| REDACTED | | | |
| REDACTED | | | |
| 366 | Joybuy Seller 55 | Seller55-18988 | https://www.walmart.com/reviews/seller/18988 |