IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| BB, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 23-cv-2382<br><br>Judge Charles P. Kocoras<br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND SCHEDULE A TO COMPLAINT**

Plaintiff Bala Bangles, Inc. ("Plaintiff"), by and through its undersigned counsel, respectfully moves this court for entry of an order pursuant to Fed. R. Civ. P. 15(a)(2) granting Plaintiff leave to amend Schedule A to the Complaint (ECF No. 7-1).

Defendants Nos. 296 through 366, who were selling accused products or offering them for sale through the various Joybuy platforms on Walmart.com, are currently being referred to through placeholders on Schedule A. Upon receiving the TRO and subpoena in this matter, Joybuy disclosed the defendants' real identities and provided their merchant names. Accordingly, Plaintiff requests leave to amend Schedule A to reflect the defendants' true identities. An amended, complete Schedule A is submitted concurrently.

Dated: July 20, 2023

Respectfully submitted,

/s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

1