# Amended Schedule A

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Hefei Dayu Fitness Co., Ltd. | ahdayu | https://ahdayu.en.alibaba.com |
| 2 | Nantong Avec Health Fitness Co., Ltd. | avecfitness | https://avecfitness.en.alibaba.com |
| 3 | Dingzhou Lingxi Sports Goods Sales Co., Ltd. | bdlingxi | https://bdlingxi.en.alibaba.com |
| 4 | Dongguan Bogao Silicone Products Co., Ltd. | bogaosilicone | https://bogaosilicone.en.alibaba.com |
| 5 | Dongguan Charm Star Hoseware&Gift Co., Ltd. | charmstarCN | https://charmstarCN.en.alibaba.com |
| 6 | Yangzhou Hualong Body Protection Supplies Factory | chnhualong | https://chnhualong.en.alibaba.com |
| 7 | Dongguan Shengdao Silicone Rubber Products Co., Ltd. | CNsiliconerubber | https://CNsiliconerubber.en.alibaba.com |
| 8 | Suzhou Zeren New Materials Co., Ltd. | cnszzr | https://cnszzr.en.alibaba.com |
| 9 | Chongqing Rishengchang Sports Goods Co., Ltd. | cqrsc | https://cqrsc.en.alibaba.com |
| 10 | Shenzhen Hanchuan Industrial Co., Ltd. | cszhc | https://cszhc.en.alibaba.com |
| 11 | Changzhou Deluxe Decorative Materials Co., Ltd. | czdeluxe | https://czdeluxe.en.alibaba.com |
| 12 | Dongguan Flysun Sports Co., Ltd. | dgflysun | https://dgflysun.en.alibaba.com |
| 13 | Dongguan Huyue Technology Co., Limited | dghuyue01 | https://dghuyue01.en.alibaba.com |

| 14 | Dongguan Rundian Household Products Co., Ltd. | dgrundian | https://dgrundian.en.alibaba.com |
|---|---|---|---|
| 15 | Dongguan Yipin Electronic Technology Co., Ltd. | dgsypkj | https://dgsypkj.en.alibaba.com |
| 16 | Hubei DM Eco-Friendly Material Co., Ltd. | dmhb | https://dmhb.en.alibaba.com |
| 17 | Nantong Duojiu Sporting Goods Co., Ltd. | do9sports | https://do9sports.en.alibaba.com |
| 18 | Yiwu Dockry Trade Co., Ltd. | dockryfitness | https://dockryfitness.en.alibaba.com |
| 19 | Hunan Ecoo Fitness Co., Ltd. | ecoofit | https://ecoofit.en.alibaba.com |
| 20 | Shenzhen Kingstar Electronic Commerce Co., Ltd. | ekingstar | https://ekingstar.en.alibaba.com |
| 21 | Yangzhou Feiyali Sporting Goods Co., Ltd. | feali | https://feali.en.alibaba.com |
| 22 | Shanghai Fit-Yoga Sports Co., Ltd. | fit-yoga | https://fit-yoga.en.alibaba.com |
| 23 | Rizhao Sport International Trade Co., Ltd. | fitsport | https://fitsport.en.alibaba.com |
| 24 | Jinhua Feilidon Sports Goods Co., Ltd. | fldtiyu888 | https://fldtiyu888.en.alibaba.com |
| 25 | Jinhua Shengrui Trading Co., Ltd. | flylitte | https://flylitte.en.alibaba.com |
| 26 | Dongguan Feifan Commodity Co., Ltd. | gdfeifan | https://gdfeifan.en.alibaba.com |
| 27 | Nantong Get Power Fitness Equipment Co., Ltd. | getpowerfitness | https://getpowerfitness.en.alibaba.com |

| 28 | Zhaoqing Zhuoxing Silicone Product Co., Ltd. | gyzhuoxing | https://gyzhuoxing.en.alibaba.com |
| 29 | Xiamen Haochu Silicone Rubber Co., Ltd. | haochusilicone | https://haochusilicone.en.alibaba.com |
| 30 | Huizhou Huiyang District Xinxu Hengxin Silica Gel Products Factory | hengxin1688 | https://hengxin1688.en.alibaba.com |
| 31 | HERMES CLUES INDUSTRIES CO., LTD. | hermesclues | https://hermesclues.en.alibaba.com |
| 32 | Guangde Huahan Fitness Equipment Manufacturing Co., Ltd. | hhslamball | https://hhslamball.en.alibaba.com |
| 33 | Huizhou Youmay Medical Equipment Co., Ltd. | hiyoumay | https://hiyoumay.en.alibaba.com |
| 34 | Henan Zlovy Enterprise Co., Ltd. | hnzlovy | https://hnzlovy.en.alibaba.com |
| 35 | Shanghai Hongyu Sports Co., Ltd | hongyusports | https://hongyusports.en.alibaba.com |
| 36 | Hangzhou Huaye Technology Co., Ltd. | huayetechnology | https://huayetechnology.en.alibaba.com |
| 37 | Huizhou Jinke Rubber Co., Ltd. | hzjinke | https://hzjinke.en.alibaba.com |
| 38 | Shenzhen Youmei Electronics Co., Ltd. | iyoumay | https://iyoumay.en.alibaba.com |
| 39 | JACKSON IMPEX | jacksonimpex | https://jacksonimpex.en.alibaba.com |
| 40 | Qingdao Jinbai Precise Metal Co., Ltd. | jinbaiprecise | https://jinbaiprecise.en.alibaba.com |
| 41 | Wuyi County Jiankang Protective Products Factory | jkwaisttrainer | https://jkwaisttrainer.en.alibaba.com |
| 42 | Huizhou Jolecon Health Tech. Co., Ltd. | jlc-fit | https://jlc-fit.en.alibaba.com |

| 43 | Shanghai Joan Industrial Co., Ltd. | joan | https://joan.en.alibaba.com |
|----|-----|-----|-----|
| 44 | Taizhou JOHA Lifting Protective Equipment Co., Ltd. | joha | https://joha.en.alibaba.com |
| 45 | Hunan Joywayne Import&Export Co | joywayne | https://joywayne.en.alibaba.com |
| 46 | Jvisi (fujian) Environmental Protec | jwcep | https://jwcep.en.alibaba.com |
| 47 | Hebei Kang Sheng Yuan Sports Goods Co., Ltd. | jzksy | https://jzksy.en.alibaba.com |
| 48 | Shanghai Keepeak Industry Co., Ltd. | keepeak02 | https://keepeak02.en.alibaba.com |
| 49 | Nantong Jump Fit Co., Ltd. | kimposport | https://kimposport.en.alibaba.com |
| 50 | Nantong KKnight Fitness Co., Ltd. | kknightfitness | https://kknightfitness.en.alibaba.com |
| 51 | Koomall Technology (shenzhen) Co., Ltd. | koomall | https://koomall.en.alibaba.com |
| 52 | Hangzhou Kushuai Technology Co., Ltd. | kushuai | https://kushuai.en.alibaba.com |
| 53 | Shandong Walker Sports Co., Ltd | lbjsport | https://lbjsport.en.alibaba.com |
| 54 | Zhejing Licheng Industry & Trade Co., Ltd. | lcfitness | https://lcfitness.en.alibaba.com |
| 55 | Shenzhen Linfengrui Industrial Co., Ltd. | lfrfitness | https://lfrfitness.en.alibaba.com |
| 56 | Cixi Linhao Metal Product Co., Ltd. | lhsport | https://lhsport.en.alibaba.com |
| 57 | Dongguan Lihong Handmade Products Co., Ltd. | lihongproducts | https://lihongproducts.en.alibaba.com |
| 58 | Changzhou Longster International Trade Co., Ltd. | longster | https://longster.en.alibaba.com |

| 59 | Shenzhen Lvapor Technology Co., Ltd. | lvapor | https://lvapor.en.alibaba.com |
|----|----|----|----|
| 60 | Dongguan Meinuo Crafts Co., Ltd. | meinuocraft | https://meinuocraft.en.alibaba.com |
| 61 | Huizhou Melikey Technology Co., Ltd. | melikey-tec | https://melikey-tec.en.alibaba.com |
| 62 | Huizhou Melikey Silicone Product Co., Ltd. | melikeyproduct | https://melikeyproduct.en.alibaba.com |
| 63 | Huizhou Melikey Silicone Product Co., Ltd. | melikeysilicone | https://melikeysilicone.en.alibaba.com |
| 64 | Huizhou City Melors Plastic Products Co., Limited | melors | https://melors.en.alibaba.com |
| 65 | Shijiazhuang Maikete Imp & Exp Trading Co., Ltd. | miket | https://miket.en.alibaba.com |
| 66 | Xi 'an Mu Chunhui Gifts Co., Ltd. | muchunhui | https://muchunhui.en.alibaba.com |
| 67 | Ningbo Mylon Rubber & Plastic Co., Ltd. | mylon | https://mylon.en.alibaba.com |
| 68 | Ningbo Le Monde Import & Export Co., Ltd. | nblemonde | https://nblemonde.en.alibaba.com |
| 69 | Nanjing Wofeng Information Technology Co., Ltd. | njwofeng | https://njwofeng.en.alibaba.com |
| 70 | Nantong Dafei International Trading Co., Ltd. | ntdafei | https://ntdafei.en.alibaba.com |
| 71 | Nantong Kaiwo Fitness Equipment Co., Ltd. | ntkw | https://ntkw.en.alibaba.com |
| 72 | Yongkang Guolin Import And Export Co., Ltd. | otersport | https://otersport.en.alibaba.com |

| 73 | Fuzhou Gulou Oyoga Sporting Goods Co., Ltd. | oyoga | https://oyoga.en.alibaba.com |
|----|---------------------------------------------|-------|------------------------------|
| 74 | Danyang Fuli Rubber And Plastic Co., Ltd. | plasticworld | https://plasticworld.en.alibaba.com |
| 75 | Pulaiwei Jewelry (Huizhou) Co., Ltd. | poleviewpack | https://poleviewpack.en.alibaba.com |
| 76 | Shandong Potence Sporting Goods Co., Ltd. | pontens | https://pontens.en.alibaba.com |
| 77 | Qingdao Maikeqi Industrial Trading Co., Ltd. | qdmkqfitness | https://qdmkqfitness.en.alibaba.com |
| 78 | Guangzhou Qido Fitness Equipment Co., Ltd. | qidofit | https://qidofit.en.alibaba.com |
| 79 | Xiamen Quadra Electric Technology Co., Ltd | quadrasilicone | https://quadrasilicone.en.alibaba.com |
| 80 | Changzhou Raising Sports Co., Ltd. | raisingsports | https://raisingsports.en.alibaba.com |
| 81 | Yiwu Real Import & Export Co., Ltd | realfun | https://realfun.en.alibaba.com |
| 82 | Nantong Record Sporting Equipment Co.,ltd. | record-fitness | https://record-fitness.en.alibaba.com |
| 83 | Yongkang Ranhong Fitness Equipment Co., Ltd. | rhsports | https://rhsports.en.alibaba.com |
| 84 | Shanghai Richall Industrial Co., Ltd. | richalltech | https://richalltech.en.alibaba.com |
| 85 | Haikou Rihon International Trade Co., Ltd | rihon | https://rihon.en.alibaba.com |
| 86 | Shenzhen Sannyin Technology Co., Ltd. | sannyin | https://sannyin.en.alibaba.com |
| 87 | Zhejiang Licheng Health Technology Co., Ltd. | sdfitness | https://sdfitness.en.alibaba.com |

| 88 | Dongguan Senxin Rubber Products Co., Ltd. | senxinrubber | https://senxinrubber.en.alibaba.com |
| 89 | Sure (Xiamen) Import & Export Co., Ltd. | sureasia | https://sureasia.en.alibaba.com |
| 90 | Shaoxing Lixinda Trade Co., Ltd. | sxleadstar | https://sxleadstar.en.alibaba.com |
| 91 | Shenzhen Newstar Electronic Technology Co., Ltd. | sznewstar | https://sznewstar.en.alibaba.com |
| 92 | Shenzhen Water Stone Technology Co., Ltd. | szss | https://szss.en.alibaba.com |
| 93 | Dongguan Jiawei Sporting Goods Co., Ltd. | sztwowing | https://sztwowing.en.alibaba.com |
| 94 | Yangzhou Timway Sporting Goods Co., Ltd. | timway | https://timway.en.alibaba.com |
| 95 | Tianjin Didao Biotechnology Co., Ltd | tjdidao | https://tjdidao.en.alibaba.com |
| 96 | Tonghengji (Shenzhen) Technology Co., Ltd. | tonghengji | https://tonghengji.en.alibaba.com |
| 97 | Ningbo Trendfrom Imp And Exp Co., Ltd. | trendfrom | https://trendfrom.en.alibaba.com |
| 98 | Jiangsu TT Sports Co., Ltd. | ttsports-group | https://ttsports-group.en.alibaba.com |
| 99 | Nantong Twindragon Fitness Co., Ltd. | twindragonfitness | https://twindragonfitness.en.alibaba.com |
| 100 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. | tytopone | https://tytopone.en.alibaba.com |

| 101 | Guangzhou Umicca Sport Products Co., Ltd. | umicca | https://umicca.en.alibaba.com |
|---|---|---|---|
| 102 | Nantong Vigor Sport Goods Co., Ltd. | vigor-sport | https://vigor-sport.en.alibaba.com |
| 103 | Nantong Vigor Sport Goods Co., Ltd. | vigorsporthotlines | https://vigorsporthotlines.en.alibaba.com |
| 104 | Hefei Walsefit Sports Products Co., Ltd | walsefit | https://walsefit.en.alibaba.com |
| 105 | Shenzhen Weidun Fitness Equipment Co., Ltd. | weidunjs | https://weidunjs.en.alibaba.com |
| 106 | Suzhou Willmore Sports Co., Ltd. | wmfitness | https://wmfitness.en.alibaba.com |
| 107 | Wuxi Chrt Electronic Technology Co., Ltd. | wuxichrt | https://wuxichrt.en.alibaba.com |
| 108 | Xiamen X Creative Silicone & Rubber Products Co., Ltd. | xcreativerubber | https://xcreativerubber.en.alibaba.com |
| 109 | Shenzhen Xinhaiwang Technology Co., Ltd. | xhwrubber | https://xhwrubber.en.alibaba.com |
| 110 | Xiamen Mingli Industry And Trade Co., Ltd. | xmmlgm | https://xmmlgm.en.alibaba.com |
| 111 | Nantong Avec Health Fitness Company Limited | xtrfitness | https://xtrfitness.en.alibaba.com |
| 112 | Henan Yeway International Trading Co., Ltd. | yewayoga | https://yewayoga.en.alibaba.com |
| 113 | Jinhua Coexistence Import And Export Co., Ltd. | yiwugongcun | https://yiwugongcun.en.alibaba.com |

| 114 | Yiwu Hongmai Sporting Goods Factory | yiwuhongmai | https://yiwuhongmai.en.alibaba.com |
|---|---|---|---|
| 115 | Yiwu Senliang Sports Goods Co., Ltd. | yiwuselan | https://yiwuselan.en.alibaba.com |
| 116 | Jinhua Youfei Sports Culture Development Co., Ltd. | youfeisport | https://youfeisport.en.alibaba.com |
| 117 | Shanghai Yunle Industry Co., Ltd. | yunlepet | https://yunlepet.en.alibaba.com |
| 118 | Shenzhen Yuzhoushun Technology Co., Ltd. | yuzhoushunz | https://yuzhoushunz.en.alibaba.com |
| 119 | Yiwu Han An Trading Co., Ltd. | ywhanan | https://ywhanan.en.alibaba.com |
| 120 | Yiwu Xinyu Garment Co., Ltd. | ywxinyugarment | https://ywxinyugarment.en.alibaba.com |
| 121 | Hunan Zechen Fitness Co., Ltd. | zechenfitness | https://zechenfitness.en.alibaba.com |
| 122 | Zhejiang Zhichi Technology Co., Ltd. | zhichifitness | https://zhichifitness.en.alibaba.com |
| 123 | Zichen Great Success Co., Ltd. | zichenrubber1 | https://zichenrubber1.en.alibaba.com |
| 124 | Yiwu Zhanji Import And Export Co., Ltd. | zjfit | https://zjfit.en.alibaba.com |
| 125 | Hangzhou Uway Trade Co., Ltd. | zjuway | https://zjuway.en.alibaba.com |
| 126 | Nantong Yiling SPORTS CO., LTD. | zlin-sports | https://zlin-sports.en.alibaba.com |
| 127 | Suzhou Zeming Sporting Goods Co., L | zmsporting | https://zmsporting.en.alibaba.com |
| 128 | Shenzhen Zoho Silicone Products Co., Ltd. | zohosilicone | https://zohosilicone.en.alibaba.com |

| 129 | Jinhua Miaorun Trading Co., Ltd. | zsooq | https://zsooq.en.alibaba.com |
|-----|-----|-----|-----|
| 130 | Lisan Store | 5889358 | https://www.aliexpress.com/store/5889358 |
| 131 | Embellish Your Workplace Store | 5891678 | https://www.aliexpress.com/store/5891678 |
| 132 | Shop910438050 Store | 910438050 | https://www.aliexpress.com/store/910438050 |
| 133 | Autumn Wind Store | 911042235 | https://www.aliexpress.com/store/911042235 |
| 134 | Shop911109320 Store | 911109320 | https://www.aliexpress.com/store/911109320 |
| 135 | FITYOU FITNESS&OUTDOOR Store | 912340277 | https://www.aliexpress.com/store/912340277 |
| 136 | Shop1100297121 Store | 1100297121 | https://www.aliexpress.com/store/1100297121 |
| 137 | Shop1100331006 Store | 1100331006 | https://www.aliexpress.com/store/1100331006 |
| 138 | Shopping China Store | 1100773053 | https://www.aliexpress.com/store/1100773053 |
| 139 | MAICCA SPORTS Store | 1100849723 | https://www.aliexpress.com/store/1100849723 |
| 140 | Daily Elec-tronic-Store | 1101269017 | https://www.aliexpress.com/store/1101269017 |
| 141 | cnbagsac Store | 1101280120 | https://www.aliexpress.com/store/1101280120 |
| 142 | flylitte Official Store | 1101304699 | https://www.aliexpress.com/store/1101304699 |
| 143 | ZSOOQ Official Store | 1101313947 | https://www.aliexpress.com/store/1101313947 |
| 144 | SportsGirl Store | 1101324504 | https://www.aliexpress.com/store/1101324504 |
| 145 | mosodo Official Store | 1101341725 | https://www.aliexpress.com/store/1101341725 |
| 146 | 209 Shopping Store | 1101373968 | https://www.aliexpress.com/store/1101373968 |
| 147 | Huntingdoors Outdoor Store | 1101383769 | https://www.aliexpress.com/store/1101383769 |
| 148 | 9REEN SPORT Store | 1101404229 | https://www.aliexpress.com/store/1101404229 |

| 149 | Keep Dear Store | 1101405824 | https://www.aliexpress.com/store/1101405824 |
| 150 | Shop911109320 Store | 1101576852 | https://www.aliexpress.com/store/1101576852 |
| 151 | 52 Physical Culture Store | 1101600010 | https://www.aliexpress.com/store/1101600010 |
| 152 | Shop911413588 Store | 1101613304 | https://www.aliexpress.com/store/1101613304 |
| 153 | Moray's Computer Store | 1101670594 | https://www.aliexpress.com/store/1101670594 |
| 154 | mosodo Sport Store | 1101672299 | https://www.aliexpress.com/store/1101672299 |
| 155 | Wearmay Season Store | 1101813603 | https://www.aliexpress.com/store/1101813603 |
| 156 | taojin outdoors Store | 1101846912 | https://www.aliexpress.com/store/1101846912 |
| 157 | Shop912624925 Store | 1101942750 | https://www.aliexpress.com/store/1101942750 |
| 158 | YJ-Block-center Store | 1101987005 | https://www.aliexpress.com/store/1101987005 |
| 159 | Shop1100227202 Store | 1102016288 | https://www.aliexpress.com/store/1102016288 |
| 160 | Shop1102113354 Store | 1102114349 | https://www.aliexpress.com/store/1102114349 |
| 161 | YIXI outdoor tools Store | 1102137113 | https://www.aliexpress.com/store/1102137113 |
| 162 | M-M Outdoor Store | 1102162127 | https://www.aliexpress.com/store/1102162127 |
| 163 | Dragon Mountain Outdoor Store | 1102292005 | https://www.aliexpress.com/store/1102292005 |
| 164 | Longshan Outdoor Franchise Store | 1102420473 | https://www.aliexpress.com/store/1102420473 |
| 165 | Shop4304019 Store | 1101293162 | https://www.aliexpress.com/store/1101293162 |
| 166 | Callpioneer Direct | A16S2GTCFZHGJR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16S2GTCFZHGJR |
| 167 | TopHTE-UK | A17QY1HFG5044A | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A17QY1HFG5044A |

| 168 | Instellar Direct | A1968E48NJWO2F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1968E48NJWO2F |
| 169 | Aeuywer | A1BSZV4DQB4FV5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BSZV4DQB4FV5 |
| 170 | SJFDKJ | A1CU5CGJDPH5LB | https://www.amazon.co.jp/sp?_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A1CU5CGJDPH5LB |
| 171 | HuZhiMing1 | A1EH5ZL9HYICG8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EH5ZL9HYICG8 |
| 172 | fghdjfgb | A1EWHZCV1VDNO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EWHZCV1VDNO |
| 173 | Hoozad-US | A1GNY9GMVXEJPR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GNY9GMVXEJPR |
| 174 | Lonme | A1H3GG1XX0E0VD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H3GG1XX0E0VD |
| 175 | Aeuyweu | A1I5R2VMZGY1HD | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A1I5R2VMZGY1HD |
| 176 | HongShangFuJie | A1IN642NTPY7EF | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A1IN642NTPY7EF, https://www.amazon.it/sp?_encoding=UTF8&marketplaceID=APJ6JRA9NG5V4&seller=A1IN642NTPY7EF |

12

| | | | |
|---|---|---|---|
| 177 | LOPRGJO-US | A1RXXB9HOC6W7Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RXXB9HOC6W7Z |
| 178 | QingRuShui | A1SOVHBM1N3H1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SOVHBM1N3H1 |
| 179 | ROOFTREE-US | A1T2KZWOPUJ1DZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T2KZWOPUJ1DZ |
| 180 | Prexey | A1UDQVA707677M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UDQVA707677M |
| 181 | Luodanlun | A1UPCF17NW0TU3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UPCF17NW0TU3 |
| 182 | Wuhone-US | A1UR4UGYFQU9CD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UR4UGYFQU9CD |
| 183 | Earthily | A1VDUVW4UIMVOJ | https://www.amazon.de/sp?_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A1VDUVW4UIMVOJ |
| 184 | SunEveryday | A1YOPLA9BJ8EP9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YOPLA9BJ8EP9 |
| 185 | Fitnessday | A22883ZME91JNI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22883ZME91JNI |
| 186 | Muou Shop | A23MBUIYND11O5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23MBUIYND11O5 |

| 187 | runpeiying | A247O6BCINO680 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A247O6BCINO680 |
| 188 | yintama | A24F6756WX4TZ1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24F6756WX4TZ1 |
| 189 | Biicoon | A24PEVV5TREDPG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24PEVV5TREDPG |
| 190 | ruitaishangcheng1 | A25B9Q6MI3SJA8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25B9Q6MI3SJA8 |
| 191 | Sealang | A2607B814I74IQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2607B814I74IQ |
| 192 | Supermarket US | A27MNCHGW47N9X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27MNCHGW47N9X |
| 193 | 乐乐US专业商店 | A28FQ2EUEGAVWV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28FQ2EUEGAVWV |
| 194 | BORNEW DIRECT | A29IRPTH4J3LEZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29IRPTH4J3LEZ |
| 195 | CreteeDirect | A29XSZK67SUJ45 | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A29XSZK67SUJ45 |
| 196 | Hoozad-EU | A2BGIYOE5IV7O | https://www.amazon.de/sp?_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A2BGIYOE5IV7O |

| 197 | HPBLD-NA | A2H51J5PF68BZM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2H51J5PF68BZM |
| 198 | Cretee | A2HMPKQC7JW3XX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HMPKQC7JW3XX |
| 199 | Supportiback® \| Back Pain Experts | A2HPZZWX2ZUF7I | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A2HPZZWX2ZUF7I |
| 200 | WAPIN DIRECT-US | A2I8WOTSLZU2FC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2I8WOTSLZU2FC |
| 201 | zhengyang flagship store | A2IHXUZXWR3705 | https://www.amazon.de/sp?_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A2IHXUZXWR3705, https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A2IHXUZXWR3705 |
| 202 | xufengkaida-UK | A2JQFTLTE2FLH9 | https://www.amazon.de/sp?_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A2JQFTLTE2FLH9 |
| 203 | KURBAN BAYRAM | A2K8O4225GR19E | https://www.amazon.co.jp/sp?_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A2K8O4225GR19E |
| 204 | star station | A2PA3X9KJRD5E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PA3X9KJRD5E |
| 205 | aboutcaoxiaopei | A2RZZG77QR1NFR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RZZG77QR1NFR |

| 206 | Foretooth | A30PERYO4P43CU | https://www.amazon.de/sp?_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A30PERYO4P43CU |
|---|---|---|---|
| 207 | Xuwimaw-US | A31N8UXGFRICO3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31N8UXGFRICO3 |
| 208 | lifeng4639 | A38JZ332LLTGZC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38JZ332LLTGZC |
| 209 | FengyuanMaple | A39QNJVO8FIO8Y | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A39QNJVO8FIO8Y |
| 210 | xiamenhaiyiyue | A3BFFR17L72H3M | https://www.amazon.de/sp?_encoding=UTF8&marketplaceID=A1PA6795UKMFR9&seller=A3BFFR17L72H3M |
| 211 | yaojibest | A3BXB7SS3G2LY1 | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A3BXB7SS3G2LY1 |
| 212 | xmzhuyijia | A3CS0JE3SJBRCE | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=A3CS0JE3SJBRCE |
| 213 | Tanxyz-US | A3DP2AALQIVHTA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DP2AALQIVHTA |
| 214 | Woriil | A3DXG8UJC0RL9L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DXG8UJC0RL9L |
| 215 | SYL&LYT&LYF | A3FPRIEVUHW13X | https://www.amazon.co.jp/sp?_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A3FPRIEVUHW13X |

| 216 | YunHongDa | A3H3I1ETWGZ5JH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3H3I1ETWGZ5JH |
| 217 | yabaa | A3HXNHGEPE1OW8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HXNHGEPE1OW8 |
| 218 | SIMIYOU | A3MAXWJD77QMC5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MAXWJD77QMC5 |
| 219 | TopHTE-US | A3MW5CQL6IZURO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MW5CQL6IZURO |
| 220 | Yijiedianshang | A3PJ2MPW3ODN48 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJ2MPW3ODN48 |
| 221 | Yokuna | A3R3YS5HUFJYCI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R3YS5HUFJYCI |
| 222 | 慌雷电子 | A3RDA1K8M2AM8K | https://www.amazon.co.jp/sp?_encoding=UTF8&marketplaceID=A1VC38T7YXB528&seller=A3RDA1K8M2AM8K |
| 223 | Anjiyinyin | A3VTTUDN7RV6DH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VTTUDN7RV6DH |
| 224 | Siuyinzae-US | A45A5V04HZXKO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A45A5V04HZXKO |
| 225 | iuebc_NHF | A6I2HGL4MLB3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6I2HGL4MLB3 |

| 226 | NOAS | A8TW5O6X0PCTL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8TW5O6X0PCTL |
| 227 | 江巧丽666 | A9Q7YBI4QLQ3T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9Q7YBI4QLQ3T |
| 228 | Minnya | AKPNB7HD06Y76 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKPNB7HD06Y76 |
| 229 | xiweism | AMTLUJQ8O259Q | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=AMTLUJQ8O259Q |
| 230 | A-yixian | AOH9V8W2LW1AN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOH9V8W2LW1AN |
| 231 | luok | APCTZBE0C6GV9 | https://www.amazon.co.uk/sp?_encoding=UTF8&marketplaceID=A1F83G8C2ARO7P&seller=APCTZBE0C6GV9 |
| 232 | KILINEO from Dallas TX | ARP4JKOX2ANA9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARP4JKOX2ANA9 |
| 233 | TOMIO WOMAN | ATUBYZTBBK79F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ATUBYZTBBK79F |
| 234 | Euandrea | AXX7S63PX81W0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXX7S63PX81W0 |
| 235 | Deays | AYGT3TDOA3K6P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYGT3TDOA3K6P |

| 236 | Jingjushanghang | AYS9T5WJ4Z3 EI | https://www.amazon.com/sp/?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=AYS9T5WJ4Z3EI |
| 237 | hibere | AYW9WWL4X KSSA | https://www.amazon.de/sp/?_encoding= UTF8&marketplaceID=A1PA6795UK MFR9&seller=AYW9WWL4XKSSA |
| 238 | cnoutdoorware Store | 15519264 | https://www.dhgate.com/store/1551926 4 |
| 239 | lyqlove Store | 21609437 | https://www.dhgate.com/store/2160943 7 |
| 240 | houyiliu Store | 21634948 | https://www.dhgate.com/store/2163494 8 |
| 241 | hu09 Store | 21755329 | https://www.dhgate.com/store/2175532 9 |
| 242 | zhi07 Store | 21756524 | https://www.dhgate.com/store/2175652 4 |
| 243 | bong07 Store | 21836791 | https://www.dhgate.com/store/2183679 1 |
| 244 | allinonecanstore | allinonecanstore | https://www.ebay.com/usr/allinonecans tore |
| 245 | bingo-packing-machine | bingo-packing-machine | https://www.ebay.com/usr/bingo-packing-machine |
| 246 | bingo-packing-machine11 | bingo-packing-machine11 | https://www.ebay.com/usr/bingo-packing-machine11 |
| 247 | chlae_rp | chlae_rp | https://www.ebay.com/usr/chlae_rp |
| 248 | condor.deals | condor.deals | https://www.ebay.com/usr/condor.deals |
| 249 | haq-trade | haq-trade | https://www.ebay.ca/usr/haq-trade |
| 250 | jennkped-0 | jennkped-0 | https://www.ebay.ca/usr/jennkped-0 |
| 251 | jinxix | jinxix | https://www.ebay.com/usr/jinxix |
| 252 | marort232 | marort232 | https://www.ebay.com/usr/marort232 |
| 253 | nt4940 | nt4940 | https://www.ebay.com/usr/nt4940 |
| 254 | todaycandeals | todaycandeals | https://www.ebay.com/usr/todaycandeal s |
| 255 | usacandeal | usacandeal | https://www.ebay.com/usr/usacandeal |
| 256 | vgo100 | vgo100 | https://www.ebay.ca/usr/vgo100 |
| 257 | we-care | we-care | https://www.ebay.com/usr/we-care |
| 258 | weehost | weehost | https://www.ebay.com/usr/weehost |
| 259 | BasicStatementCo | BasicStatementC o | https://www.etsy.com/shop/BasicState mentCo |

| 260 | browze | browze | browze.com |
| 261 | koshayoga | koshayoga | koshayoga.co |
| 262 | sportmegastore | sportmegastore | https://sportmegastore |
| 263 | tressca | tressca | tressca.in |
| 264 | Qingtian Yingying Electronic Commerce Co., Ltd. | 101043394 | https://www.walmart.com/reviews/seller/101043394 |
| 265 | Shenzhen Mingzhiyang Technology Co., Ltd. | 101074202 | https://www.walmart.com/reviews/seller/101074202 |
| 266 | shenzhenshihuiyaxinmaoyiyouxiangongsi | 101091857 | https://www.walmart.com/reviews/seller/101091857 |
| 267 | Dolegur | 101109694 | https://www.walmart.com/reviews/seller/101109694 |
| 268 | Smileol | 101113032 | https://www.walmart.com/reviews/seller/101113032 |
| 269 | VKEKIEO | 101120118 | https://www.walmart.com/reviews/seller/101120118 |
| 270 | Pakainn | 101131388 | https://www.walmart.com/reviews/seller/101131388 |
| 271 | tianjinshidongfangsugouwangluokejiyouxiangongsi | 101134102 | https://www.walmart.com/reviews/seller/101134102 |
| 272 | sumai | 101134294 | https://www.walmart.com/reviews/seller/101134294 |
| 273 | Donewelo | 101136693 | https://www.walmart.com/reviews/seller/101136693 |
| 274 | Fortune Court | 101139170 | https://www.walmart.com/reviews/seller/101139170 |
| 275 | YuanTU | 101174191 | https://www.walmart.com/reviews/seller/101174191 |
| 276 | GF-Huinong | 101175048 | https://www.walmart.com/reviews/seller/101175048 |
| 277 | Blirik | 101175999 | https://www.walmart.com/reviews/seller/101175999 |
| 278 | Gukom | 101176319 | https://www.walmart.com/reviews/seller/101176319 |
| 279 | Miruku | 101176344 | https://www.walmart.com/reviews/seller/101176344 |

| | | | |
|---|---|---|---|
| 280 | Tkbnmy | 101189422 | https://www.walmart.com/reviews/seller/101189422 |
| 281 | shenzhenshizhongzhichenggongyipinyouxiangongsi | 101192396 | https://www.walmart.com/reviews/seller/101192396 |
| 282 | shenzhenshilinuozhenshipinyouxiangongs | 101198670 | https://www.walmart.com/reviews/seller/101198670 |
| 283 | anhuinuobodianzishangwuyouxiangongsi | 101203344 | https://www.walmart.com/reviews/seller/101203344 |
| 284 | Shen Zhen Shi Nan Cai Fen Jia Ju Yong Pin You Xian Gong Si | 101215810 | https://www.walmart.com/reviews/seller/101215810 |
| 285 | guang zhou shi yin long dian zi you xian gong si | 101218791 | https://www.walmart.com/reviews/seller/101218791 |
| 286 | Toyella | 101261925 | https://www.walmart.com/reviews/seller/101261925 |
| 287 | chengduyanyijiangshangmaoltd | 101291008 | https://www.walmart.com/reviews/seller/101291008 |
| 288 | YZHTSJ | 101113325 | https://www.walmart.com/reviews/seller/101113325 |
| 289 | TIHLMK | 101127947 | https://www.walmart.com/reviews/seller/101127947 |
| 290 | WUDIWang | 101138974 | https://www.walmart.com/reviews/seller/101138974 |
| 291 | Heopbird | 101172802 | https://www.walmart.com/reviews/seller/101172802 |
| 292 | Tianlu Electronics | 101175626 | https://www.walmart.com/reviews/seller/101175626 |
| 293 | weifangchengkaishangmaoyouxiangongsi | 101189005 | https://www.walmart.com/reviews/seller/101189005 |
| 294 | CHENGDUHONGNIWUKEJIYOUXIANGONGSI | 101190639 | https://www.walmart.com/reviews/seller/101190639 |
| 295 | Dean's Work Gloves | 5ecbbed2537a184357a511cd | https://www.wish.com/merchant/5ecbbed2537a184357a511cd |
| 296 | Shenzhen Xiangning Technology Co. | Seller1-16214 | https://www.walmart.com/reviews/seller/16214 |
| 297 | Shenzhen Chuangxiang Jiyuan Technology Co. | Seller2-16214 | https://www.walmart.com/reviews/seller/16214 |

| 298 | Joybuy Express Seller 3 | Seller3-16214 | https://www.walmart.com/reviews/seller/16214 |
| 299 | Ningbo Ecomos International Supply Chain Management Co. | Seller4-16214 | https://www.walmart.com/reviews/seller/162144 |
| 300 | Dongguan Jielongwan Network Technology Co. | Seller5-16214 | https://www.walmart.com/reviews/seller/16214 |
| 301 | Shenzhen Xiangning Technology Co. | Seller6-16214 | https://www.walmart.com/reviews/seller/16214 |
| 302 | Guangzhou Kazhou Trading Co. | Seller1-101118004 | https://www.walmart.com/reviews/seller/101118004 |
| 303 | Dongguan Zhengxuanyu E-commerce Co. | Seller2-101118004 | https://www.walmart.com/reviews/seller/101118004 |
| 304 | Joybuy Fashion Seller 3 | Seller3-101118004 | https://www.walmart.com/reviews/seller/1011180044 |
| 305 | Guangzhou Xingyaoxing Trading Co. | Seller1-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 306 | Dongguan Taiyuanzi Trading Co. | Seller2-101087374 | https://www.walmart.com/reviews/seller/1010873744 |
| 307 | Joybuy Selection Seller 3 | Seller3-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 308 | Guangzhou Hongfeng Watch Co. | Seller4-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 309 | Joybuy Selection Seller 5 | Seller5-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 310 | Joybuy Selection Seller 6 | Seller6-101087374 | https://www.walmart.com/reviews/seller/101087374 |
| 311 | Shenzhen Baiaixin Network Technology Co. | Seller1-101001636 | https://www.walmart.com/reviews/seller/101001636 |
| 312 | Hefei Hedong E-commerce Co. | Seller1-18988 | https://www.walmart.com/reviews/seller/18988 |
| 313 | Guangzhou Fuyou Home Textile Co. | Seller2-18988 | https://www.walmart.com/reviews/seller/18988 |
| 314 | Shenzhen Muliqiao Technology Co. | Seller3-18988 | https://www.walmart.com/reviews/seller/18988 |

| 315 | Shenzhen Bingcheng Electronics Co. | Seller4-18988 | https://www.walmart.com/reviews/seller/18988 |
| 316 | Shenzhen Oubatian Trading Co. | Seller5-18988 | https://www.walmart.com/reviews/seller/18988 |
| 317 | Joybuy Seller 6 | Seller6-18988 | https://www.walmart.com/reviews/seller/18988 |
| 318 | Guangzhou Yiqi Electric Co. | Seller7-18988 | https://www.walmart.com/reviews/seller/18988 |
| 319 | Joybuy Seller 8 | Seller8-18988 | https://www.walmart.com/reviews/seller/18988 |
| 320 | Guangzhou Chenmei Clothing Co. | Seller9-18988 | https://www.walmart.com/reviews/seller/18988 |
| 321 | Joybuy Seller 10 | Seller10-18988 | https://www.walmart.com/reviews/seller/18988 |
| 322 | Shenzhen Liping E-Commerce Co. | Seller11-18988 | https://www.walmart.com/reviews/seller/18988 |
| 323 | Joybuy Seller 12 | Seller12-18988 | https://www.walmart.com/reviews/seller/18988 |
| 324 | Guangzhou Kunhe Stationery Co. | Seller13-18988 | https://www.walmart.com/reviews/seller/18988 |
| 325 | Joybuy Seller 14 | Seller14-18988 | https://www.walmart.com/reviews/seller/18988 |
| 326 | Joybuy Seller 15 | Seller15-18988 | https://www.walmart.com/reviews/seller/18988 |
| 327 | Shenzhen Xinyueyu Technology Co. | Seller16-18988 | https://www.walmart.com/reviews/seller/18988 |
| 328 | Shenzhen Zhongxupeng Technology Co. | Seller17-18988 | https://www.walmart.com/reviews/seller/18988 |
| 329 | Shenzhen Qiyun Household Products Co. | Seller18-18988 | https://www.walmart.com/reviews/seller/18988 |
| 330 | Joybuy Seller 19 | Seller19-18988 | https://www.walmart.com/reviews/seller/18988 |
| 331 | Joybuy Seller 20 | Seller20-18988 | https://www.walmart.com/reviews/seller/18988 |
| 332 | Joybuy Seller 21 | Seller21-18988 | https://www.walmart.com/reviews/seller/18988 |
| 333 | Shenzhen Taoqibao E-commerce Co. | Seller22-18988 | https://www.walmart.com/reviews/seller/18988 |
| 334 | Shenzhen Xiangning Technology Co. | Seller23-18988 | https://www.walmart.com/reviews/seller/18988 |

| 335 | Shenzhen Feilingchuang Electronics Co. | Seller24-18988 | https://www.walmart.com/reviews/seller/18988 |
| 336 | Joybuy Seller 25 | Seller25-18988 | https://www.walmart.com/reviews/seller/18988 |
| 337 | Joybuy Seller 26 | Seller26-18988 | https://www.walmart.com/reviews/seller/18988 |
| 338 | Zhanjiang Xiehui Trading Co. | Seller27-18988 | https://www.walmart.com/reviews/seller/18988 |
| 339 | Shenzhen Lanyu Fashion Co. | Seller28-18988 | https://www.walmart.com/reviews/seller/18988 |
| 340 | Joybuy Seller 29 | Seller29-18988 | https://www.walmart.com/reviews/seller/18988 |
| 341 | Guangzhou Xinmei Garment Co. | Seller30-18988 | https://www.walmart.com/reviews/seller/18988 |
| 342 | Shenzhen Xin Yang Electronics Co. | Seller31-18988 | https://www.walmart.com/reviews/seller/18988 |
| 343 | Joybuy Seller 32 | Seller32-18988 | https://www.walmart.com/reviews/seller/18988 |
| 344 | Joybuy Seller 33 | Seller33-18988 | https://www.walmart.com/reviews/seller/18988 |
| 345 | Joybuy Seller 34 | Seller34-18988 | https://www.walmart.com/reviews/seller/18988 |
| 346 | Joybuy Seller 35 | Seller35-18988 | https://www.walmart.com/reviews/seller/18988 |
| 347 | Joybuy Seller 36 | Seller36-18988 | https://www.walmart.com/reviews/seller/18988 |
| 348 | Shenzhen Shiwangtong E-commerce Co. | Seller37-18988 | https://www.walmart.com/reviews/seller/18988 |
| 349 | Joybuy Seller 38 | Seller38-18988 | https://www.walmart.com/reviews/seller/18988 |
| 350 | Joybuy Seller 39 | Seller39-18988 | https://www.walmart.com/reviews/seller/18988 |
| 351 | Guangzhou Taisheng Trading Co. | Seller40-18988 | https://www.walmart.com/reviews/seller/18988 |
| 352 | Shenzhen Feilingchuang Electronics Co. | Seller41-18988 | https://www.walmart.com/reviews/seller/189888 |
| 353 | Joybuy Seller 42 | Seller42-18988 | https://www.walmart.com/reviews/seller/18988 |

| 354 | Joybuy Seller 43 | Seller43-18988 | https://www.walmart.com/reviews/seller/18988 |
| 355 | Shenzhen Xingjin Technology Co. | Seller44-18988 | https://www.walmart.com/reviews/seller/18988 |
| 356 | Joybuy Seller 45 | Seller45-18988 | https://www.walmart.com/reviews/seller/18988 |
| 357 | Shenzhen Mingchen'nuo Household Products Co. | Seller46-18988 | https://www.walmart.com/reviews/seller/18988 |
| 358 | Joybuy Seller 47 | Seller47-18988 | https://www.walmart.com/reviews/seller/18988 |
| 359 | Joybuy Seller 48 | Seller48-18988 | https://www.walmart.com/reviews/seller/18988 |
| 360 | Joybuy Seller 49 | Seller49-18988 | https://www.walmart.com/reviews/seller/18988 |
| 361 | Joybuy Seller 50 | Seller50-18988 | https://www.walmart.com/reviews/seller/18988 |
| 362 | Guangzhou Linxiangcheng Household Products Co. | Seller51-18988 | https://www.walmart.com/reviews/seller/18988 |
| 363 | Joybuy Seller 52 | Seller52-18988 | https://www.walmart.com/reviews/seller/18988 |
| 364 | Joybuy Seller 53 | Seller53-18988 | https://www.walmart.com/reviews/seller/18988 |
| 365 | Joybuy Seller 54 | Seller54-18988 | https://www.walmart.com/reviews/seller/18988 |
| 366 | Yiwu Jundan Trading Co. | Seller55-18988 | https://www.walmart.com/reviews/seller/18988 |