IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| Bala Bangles, Inc., | |
|---|---|
| Plaintiff, | |
| v. | No. 23-cv-2382 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Charles P. Kocoras<br>Magistrate Judge Maria Valdez |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS

Plaintiff Bala Bangles, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Defendant # |
|---|---|
| Shenzhen Kingstar Electronic Commerce Co., Ltd. | #20 |
| Huizhou Youmay Medical Equipment Co., Ltd. | #33 |
| Shenzhen Youmei Electronics Co., Ltd. | #38 |
| Shenzhen Water Stone Technology Co., Ltd. | #92 |

(collectively "Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: August 17, 2023 | BALA BANGLES, INC. |
|  | By: /s/ James E. Judge |

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874